**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy          04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **PAUL** First name **OLIVA** Middle name **PARADIS** Last name and Suffix (Sr., Jr., II, III) | First name Middle name Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-9335 | |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs |
| **5. Where you live** | **4422 NORTH 75TH STREET**<br>**UNIT 4005**<br>**SCOTTSDALE, AZ 85251**<br>Number, Street, City, State & ZIP Code<br><br>**MARICOPA**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **PAUL OLIVA PARADIS**                                    Case number *(if known)* _____

| 7. | **The chapter of the Bankruptcy Code you are choosing to file under** | *Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box. |

- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

| 8. | **How you will pay the fee** | ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |
| | | ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A). |
| | | ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition. |

| 9. | **Have you filed for bankruptcy within the last 8 years?** | ■ No. |
| | | ☐ Yes. |

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| 10. | **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?** | ■ No |
| | | ☐ Yes. |

| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| 11. | **Do you rent your residence?** | ☐ No.  Go to line 12. |
| | | ■ Yes.  Has your landlord obtained an eviction judgment against you? |

         ■ No. Go to line 12.

         ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor or a debtor as defined by 11 U.S. C. § 1182(1)*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11..

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

| **Part 5:** | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

■ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ PAUL OLIVA PARADIS**

| **PAUL OLIVA PARADIS** | Signature of Debtor 2 |
|---|---|
| Signature of Debtor 1 | |

| Email Address of Debtor 1 | Email Address of Debtor 2 |
|---|---|

| Executed on    **June  2, 2020** | Executed on |
|---|---|
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1   **PAUL OLIVA PARADIS** _____   Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Allan D. NewDelman** _____     Date   **June  2, 2020** _____
Signature of Attorney for Debtor                                            MM / DD / YYYY

**Allan D. NewDelman 004066** _____
Printed name
**ALLAN D. NEWDELMAN, P.C.** _____
Firm name
**80 EAST COLUMBUS AVENUE**
**PHOENIX, AZ 85012** _____
Number, Street, City, State & ZIP Code

Contact phone   **602-264-4550** _____     Email address   **anewdelman@adnlaw.net** _____

**004066 AZ** _____
Bar number & State

Fill in this information to identify your case:

| Debtor 1 | **PAUL OLIVA PARADIS** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | | | Unsecured claim |
|---|---|---|---|---|
| **1** | | What is the nature of the claim? | **BALANCE ON CONTRACT** | $ **$242,000.00** |
| | **AMAZON LEASING / MURPHY BANK**<br>**PO BOX 3870**<br>**PINEDALE, CA 93650** | As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply | | |
| | | Does the creditor have a lien on your property? | | |
| | | ■ No | | |
| | Contact | ☐ Yes. Total claim (secured and unsecured) | $ | |
| | | Value of security: | - $ | |
| | Contact phone | Unsecured claim | $ | |

| | | | | |
|---|---|---|---|---|
| **2** | | What is the nature of the claim? | **CREDIT CARD - BUSINESS PURPOSE** | $ **$63,005.00** |
| | **AMERICAN EXPRESS**<br>**PO BOX 1270**<br>**NEWARK, NJ 07101** | As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply | | |
| | | Does the creditor have a lien on your property? | | |
| | | ■ No | | |
| | Contact | ☐ Yes. Total claim (secured and unsecured) | $ | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  **PAUL OLIVA PARADIS**                     Case number *(if known)* _____

_____
Contact phone                              Value of security:                   - $ _____
                                           Unsecured claim                         $ _____

---

| **3** | | | | |

**AMERICAN EXPRESS**
**PO BOX 1270**
**NEWARK, NJ 07101**

What is the nature of the claim?        **CREDIT CARD -**        $ **$37,303.91**
                                         **BUSINESS PURPOSE**

As of the date you file, the claim is: Check all that apply
☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

Does the creditor have a lien on your property?

■  No
Contact                           ☐  Yes. Total claim (secured and unsecured)   $ _____
_____      Value of security:                        - $ _____
Contact phone                        Unsecured claim                             $ _____

---

| **4** | | | | |

**AMERICAN EXPRESS**
**PO BOX 1270**
**NEWARK, NJ 07101**

What is the nature of the claim?        **CREDIT CARD -**        $ **$18,017.39**
                                         **BUSINESS PURPOSE**

As of the date you file, the claim is: Check all that apply
☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

Does the creditor have a lien on your property?

■  No
Contact                           ☐  Yes. Total claim (secured and unsecured)   $ _____
_____      Value of security:                        - $ _____
Contact phone                        Unsecured claim                             $ _____

---

| **5** | | | | |

**BANK OF AMERICA**
**PO BOX 15220**
**WILMINGTON, DE 19886-5220**

What is the nature of the claim?        **2018 CADILLAC**        $ **$10,447.95**
                                         **ESCALADE 30000**
                                         **miles**

As of the date you file, the claim is: Check all that apply
☐  Contingent
☐  Unliquidated
☐  Disputed
☐  None of the above apply

Does the creditor have a lien on your property?

☐  No
Contact                           ■  Yes. Total claim (secured and unsecured)   $ **$68,097.95**
_____      Value of security:                        - $ **$57,650.00**
Contact phone                        Unsecured claim                             $ **$10,447.95**

---

| **6** | | | | |

**BANK OF AMERICA**

What is the nature of the claim?        **CREDIT CARD -**        $ **$49,457.25**
                                         **BUSINESS PURPOSE**

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**PO BOX 15220**
**WILMINGTON, DE 19886**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

_____

_____

Contact

_____

Contact phone

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  - Value of security:                         - $ _____
  - Unsecured claim                            $ _____

---

**7**

**CALIFORNIA FRANCHISE TAX BOARD**
**PO BOX 2952**
**SACRAMENTO, CA 95812**

**What is the nature of the claim?**   **INCOME TAX**   $ **$500,000.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

_____

_____

Contact

_____

Contact phone

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  - Value of security:                         - $ _____
  - Unsecured claim                            $ _____

---

**8**

**CORESITE LP**
**1001 17TH STREET**
**SUITE 500**
**DENVER, CO 80202**

**What is the nature of the claim?**   **PERSONAL GUARANTEE**   $ **$402,256.09**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

_____

_____

Contact

_____

Contact phone

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  - Value of security:                         - $ _____
  - Unsecured claim                            $ _____

---

**9**

**CYBERGYM CONTROL LTD/STRATEGIC CYBER HOL**
**224 WEST 30TH STREET**
**SUITE 502**
**NEW YORK, NY 10001**

**What is the nature of the claim?**   **CONTRACT DISPUTE - IN ARBITRATION**   $ **$0.00**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

_____

_____

**Does the creditor have a lien on your property?**

- ■ No

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| | Contact | ☐ Yes. Total claim (secured and unsecured) | $ _____ |
| | | Value of security: | - $ _____ |
| | Contact phone | Unsecured claim | $ _____ |

---

**10**

**DENNIS BRADSHAW**
**C/O THE X LAW GROUP PC**
**625 FAIR OAKS AVENUE #390**
**SOUTH PASADENA, CA**
**91030-5817**

What is the nature of the claim?    **PENDING LITIGATION**    $ **$0.00**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security: - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**11**

**INTERNAL REVENUE SERVICE**
**CENTRALIZED INSOLVENCY**
**OPERATIONS**
**PO BOX 7346**
**PHILADELPHIA, PA 19101-7346**

What is the nature of the claim?    **INCOME TAX**    $ **$2,400,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security: - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**12**

**JPMORGAN CHASE BANK**
**10 SOUTH DEARBORN**
**FL L25**
**CHICAGO, IL 60603-2300**

What is the nature of the claim?    **PERSONAL GUARANTEE**    $ **$746,005.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security: - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**13**

**LISA PARADIS**
**105 STORMS DRIVE**
**MAHWAH, NJ 07430**

What is the nature of the claim?    **BACK SPOUSAL SUPPORT**    $ **$30,706.24**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 2:20-bk-06724-PS    Doc 1    Filed 06/03/20    Entered 06/03/20 07:51:42    Desc
Main Document    Page 11 of 70

☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact _____   ☐ Yes. Total claim (secured and unsecured)   $ _____
Value of security:   - $ _____
Contact phone _____   Unsecured claim   $ _____

---

**14**

**SCHEPER KIM & HARRIS LLP**
**601 WEST 5TH STREET**
**12TH FLOOR**
**LOS ANGELES, CA 90071**

What is the nature of the claim?   **LEGAL FEES**   $ **$140,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact _____   ☐ Yes. Total claim (secured and unsecured)   $ _____
Value of security:   - $ _____
Contact phone _____   Unsecured claim   $ _____

---

**15**

**VISA MARRIOTT**
**PO BOX 6294**
**CAROL STREAM, IL 60197**

What is the nature of the claim?   **CREDIT CARD -**
**BUSINESS PURPOSE**   $ **$47,582.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact _____   ☐ Yes. Total claim (secured and unsecured)   $ _____
Value of security:   - $ _____
Contact phone _____   Unsecured claim   $ _____

---

**16**

**VISA SLATE**
**PO BOX 6294**
**CAROL STREAM, IL 60197**

What is the nature of the claim?   **CREDIT CARD -**
**BUSINESS PURPOSE**   $ **$11,202.08**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact _____   ☐ Yes. Total claim (secured and unsecured)   $ _____
Value of security:   - $ _____

---

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 5

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case 2:20-bk-06724-PS   Doc 1   Filed 06/03/20   Entered 06/03/20 07:51:42   Desc
Main Document   Page 12 of 70

| Debtor 1 | **PAUL OLIVA PARADIS** | Case number *(if known)* | |
|---|---|---|---|

| Contact phone | | Unsecured claim | $ |
|---|---|---|---|

| **17** | | | |
|---|---|---|---|

VISA UNITED
PO BOX 6294
CAROL STREAM, IL 60197

**What is the nature of the claim?**   **CREDIT CARD - BUSINESS PURPOSE**   $ **$31,713.54**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact

☐ Yes. Total claim (secured and unsecured)   $ _____
      Value of security:                    - $ _____
      Unsecured claim                        $ _____

Contact phone

---

| Part 2: | **Sign Below** |
|---|---|

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X   **/s/ PAUL OLIVA PARADIS** _____          X _____
    **PAUL OLIVA PARADIS**                                  Signature of Debtor 2
    Signature of Debtor 1

Date   **June  2, 2020** _____          Date _____

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **PAUL OLIVA PARADIS** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B........................................................ $ **4,400,000.00**

   1b. Copy line 62, Total personal property, from Schedule A/B........................................... $ **658,844.30**

   1c. Copy line 63, Total of all property on Schedule A/B................................................... $ **5,058,844.30**

### Part 2: Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... $ **2,671,735.18**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. $ **2,930,706.24**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... $ **1,788,542.26**

   **Your total liabilities** $ **7,390,983.68**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*.................................................................... $ **8,339.52**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*....................................................................... $ **10,385.28**

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.     $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 30,706.24 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 2,900,000.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 2,930,706.24 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

Debtor 1     **PAUL OLIVA PARADIS**
          First Name         Middle Name         Last Name

Debtor 2
(Spouse, if filing)
          First Name         Middle Name         Last Name

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property                12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ☐ No. Go to Part 2.

    ■ Yes. Where is the property?

1.1

| | | |
|---|---|---|
| **40365 SAND DUNE ROAD** | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ■ Single-family home | |
| | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| **RANCHO MIRAGE   CA   92270-0000** | ☐ Manufactured or mobile home | |
| | ☐ Land | **Current value of the entire property?** |
| City     State     ZIP Code | ☐ Investment property | **$4,000,000.00** |
| | ☐ Timeshare | |
| | ☐ Other _____ | **Current value of the portion you own?** $4,000,000.00 |
| | **Who has an interest in the property?** Check one | **Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known. |
| **RIVERSIDE** | ■ Debtor 1 only | **FEE SIMPLE** |
| County | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | |
| | ☐ At least one of the debtors and another | ☐ **Check if this is community property** (see instructions) |
| | Other information you wish to add about this item, such as local property identification number: | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**If you own or have more than one, list here:**

1.2

**1212 LAUREL STREET**
**UNIT 2211**

Street address, if available, or other description

**NASHVILLE          TN      37203-0000**

City                State      ZIP Code

**DAVIDSON**

County

**What is the property?** Check all that apply

■ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $400,000.00 | $400,000.00 |

**Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.**

**FEE SIMPLE**

☐ **Check if this is community property**
(see instructions)

---

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for
    pages you have attached for Part 1. Write that number here..........................................................................=>

|  |
|---|
| **$4,400,000.00** |

---

**Part 2:**  **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that
someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

3.1  Make:    **MERCEDES BENZ**

Model:   **S63 AMG**

Year:    **2012**

Approximate mileage:   **56000**

Other information:

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $36,000.00 | $36,000.00 |

3.2  Make:    **CADILLAC**

Model:   **ESCALADE**

Year:    **2018**

Approximate mileage:   **30000**

Other information:

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $57,650.00 | $57,650.00 |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here...........................................................=>

   | | |
   |---|---|
   | | **$93,650.00** |

---

**Part 3:   Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

   | | |
   |---|---|
   | ASSORTED HOUSEHOLD ITEMS LOCATED AT 4422 NORTH 75TH STREET, SCOTTSDALE, AZ, 85251 - SEE EXHIBIT "A" ATTACHED HERETO. | **$2,945.00** |
   | ASSORTED HOUSEHOLD ITEMS LOCATED AT 40365 SAND DUNE ROAD, RANCHO MIRAGE, CA, 92270 - SEE EXHIBIT "B" ATTACHED HERETO. | **$7,555.00** |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

   | | |
   |---|---|
   | LAP TOP COMPUTER, IPHONE | **$300.00** |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
   other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
   musical instruments
   ☐ No
   ■ Yes.  Describe.....

   | | |
   |---|---|
   | GOLF CART | **$500.00** |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes.  Describe.....

    | | |
    |---|---|
    | 9MM PISTOL | **$1,000.00** |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| CLOTHING | $3,000.00 |
|---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| APPLE I-WATCH | $100.00 |
|---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
    for Part 3. Write that number here ..........................................................................

| $15,400.00 |
|---|

**Part 4:  Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes..................................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
    institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes......................

Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **CHECKING ENDING 1259** | **JPMORGAN CHASE BANK** | $7,985.04 |
| 17.2. | **CHECKING ACCT ENDING 0289** | **UNION BANK** | $6,000.00 |
| 17.3. | **UNKNOWN - DEBTOR HAS NO INFORMATION - HIS NAME IS ON THE ACCOUNT WITH EX-WIFE** | **VANGARD** | Unknown |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................        Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **ARDENT CYBER SOLUTIONS, LLC fka AVENTARDOR UTILITY SOLUTIONS, LLC** | **100% MEMBER** | % | **Unknown** |
| **PARADIS LAW GROUP, PLLC (DEBTS EXCEED ASSETS)** | **100% MEMBER** | % | **$0.00** |
| **DELAWARE LLC** | **UNKNOWN** | % | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **401K** | **ALLIANCE FUND** | **$32,512.26** |
| **401K** | **PRO UNLIMITED INC., RETIREMENT PLAN** | **$297.00** |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☐ No
    ■ Yes. ....................        Institution name or individual:

| | | |
|---|---|---|
| **SECURITY DEPOSIT** | **RESIDENTIAL SECURITY DEPOSIT HELD BY OSAGE, LLC** | **$3,000.00** |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☐ No
    ■ Yes.  Give specific information about them...

| DOMAIN NAMES:<br><br>HHPLAWNY.COM<br>PLGNYC.COM<br>AVENTADORLLC.COM | Unknown |

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
| --- | --- |

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......                                                               _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
           benefits; unpaid loans you made to someone else
    ☐ No
    ■ Yes.  Give specific information..

| LOANS TO ARDENT CYBER SOLUTIONS, LLC | $500,000.00 |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
| --- | --- | --- |
| **AIG - TERM POLICY**<br><br>**FACE VALUE $1,000,000.00**<br>**CASH VALUE $0.00** | **EX-WIFE PER DIVORCE DECREE AND CHILDREN** | $0.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

■ Yes. Describe each claim.........

| | |
|---|---|
| POTENTIAL DEFAMATION AND OTHER TORT CLAIMS AGAINST THE CITY OF LOS ANGELES AND OTHERS INCLUDING BUT NOT LIMITED TO MICHAEL FEUER IN HIS PERSONAL CAPACITY, JOSEPH BRAJEVICH IN HIS PERSONAL CAPACITY, ELLEN PANSKY, MARIBETH ANNAGUEY, AND BROWNE GEORGE ROSS, LLC. | Unknown |
| POTENTIAL FRAUD CLAIMS AGAINST VARIOUS THIRD PARTIES | Unknown |
| FRAUD CLAIM AGAINST CYBERGYM CONTROL LTD and STRATEGIC CYBER HOLDINGS and OFIR HASON ET AL | Unknown |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................... | **$549,794.30** |

| Part 5: | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes. Go to line 38.

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes. Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................................................ | | **$4,400,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | $93,650.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $15,400.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $549,794.30 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54**   + | $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $658,844.30 | Copy personal property total    **$658,844.30** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | **$5,058,844.30** |

**EXHIBIT "A"**

# Paradis Bankruptcy Filing

## Personal Property Inventory

### Scottsdale, AZ Apartment

**Household Goods and Furnishings:**     **Total Value: $2,945.00**

<u>Opinion of Value</u>

### Kitchen

| | | |
|---|---|---|
| • | Assorted pots & pans | $350.00 |
| • | Assorted dishes | <u>$300.00</u> |
| | | **$650.00** |

### Living Room

| | | |
|---|---|---|
| • | Metal frame sofa | $350.00 |
| • | Wood sitting chair | $75.00 |
| • | Wood coffee table with glass top | $75.00 |
| • | black and white area rug | <u>$100.00</u> |
| | | **$600.00** |

### Bedroom 1

| | | |
|---|---|---|
| • | King bedframe with mattress and box spring | $300.00 |
| • | Wood bedside night stand | $75.00 |
| • | Wood bedside night stand | $75.00 |
| • | Ceramic night lamp | $35.00 |
| • | Ceramic night lamp | $35.00 |
| • | Television | <u>$75.00</u> |
| | | **$595.00** |

**Office**

- Stainless steel table desk        $150.00
- Stainless steel table desk        $150.00
- Vinyl rolling armless desk chair        $50.00
- Vinyl rolling armless desk chair        <u>$50.00</u>

                                                      **$350.00**

**Outdoor Furniture**

- Nylon Patio Lounge Chair        $50.00
- Nylon Patio Lounge Chair        $50.00
- Folding metal dining table        $50.00
- Folding metal dining chair        $25.00
- Folding metal dining chair        $25.00
- Folding metal dining chair        $25.00
- Folding metal dining chair        $25.00
- Gas grill        <u>$500.00</u>

                                                      **$750.00**

**EXHIBIT "B"**

# Paradis Bankruptcy Filing

## Personal Property Inventory

### 40365 Sand Dune Road, Rancho Mirage, CA 92270

**Household Goods and Furnishings:**       **Total Value $7,555.00**

| Dining Room | Opinion of Value |
|---|---|
| • glass dining room table | $500.00 |
| • 12 dining chairs ($30 per chair) | $360.00 |
| | **$860.00** |

| Kitchen | |
|---|---|
| • assorted pots and pans | $350.00 |
| • assorted dishes | $250.00 |
| • Folding metal dining table | $50.00 |
| • Folding metal dining chair | $25.00 |
| • Folding metal dining chair | $25.00 |
| • Folding metal dining chair | $25.00 |
| • Folding metal dining chair | $25.00 |
| • Metal frame swivel bar stool | $50.00 |
| • Metal frame swivel bar stool | $50.00 |
| • Metal frame swivel bar stool | $50.00 |
| • Metal frame swivel bar stool | $50.00 |
| | **$950.00** |

**Sitting Area**

- cloth sofa                                  $125.00
- cloth sitting chair                    $50.00
- cloth sitting chair                    $50.00
- metal coffee table with glass top    $75.00
- grey area rug                          $50.00

                                        **$350.00**

**Living Room**

- cloth sofa                                  $250.00
- cloth sitting chair                    $75.00
- cloth sitting chair                    $75.00
- metal coffee table with glass top    $100.00
- black area rug                         $75.00
- small decorative glass table           $75.00
- large  decorative glass table          $75.00

                                        **$725.00**

**Laundry Room**

- clothes washer                         $100.00
- clothes dryer                          $100.00

                                        **$200.00**

## Bedroom 1

- King bedframe with mattress and box spring     $300.00
- Glass wall side table     $75.00
- Plexiglass bedside night stand     $50.00
- Plexiglass bedside night stand     $50.00
- Small metal night lamp     $35.00
- Small metal night lamp     $35.00
- Cloth side chair     $75.00
- Television     <u>$75.00</u>

**$695.00**

## Bedroom 2

- King bedframe with mattress and box spring     $300.00
- Glass bedside night stand     $75.00
- Glass bedside night stand     $75.00
- Night lamp     $50.00
- Night lamp     $50.00
- Cloth bench     $125.00
- Cloth side chair     <u>$75.00</u>

**$750.00**

## Master Bedroom

- King bedframe with mattress and box spring      $300.00
- Metal bedside night stand      $50.00
- Metal bedside night stand      $50.00
- Night lamp      $75.00
- Night lamp      $75.00
- Cloth sofa      $150.00
- Coffee table      $75.00
- Cloth side chair      $75.00
- Television      $75.00
- Wooden Bureau      <u>$100.00</u>

                 **$1,025.00**

## Guest Bedroom

- King bedframe with mattress and box spring      $300.00
- Glass wall side table      $75.00
- Side Chair      $50.00
- Television      <u>$75.00</u>

                 **$525.00**

**Family Room**

| | | |
|---|---|---|
| 1. | Recliner Sofa | $350.00 |
| 2. | Cloth side chair | $75.00 |
| • | Plexiglass coffee table | $150.00 |
| • | Cloth and plexiglass bench | $75.00 |
| • | Large Television | <u>$225.00</u> |
| | | **$ 875.00** |

**Office**

| | | |
|---|---|---|
| • | Stainless steel table desk | $150.00 |
| • | Vinyl rolling armless desk chair | $50.00 |
| • | Blue & white area rug | <u>$50.00</u> |
| | | **$250.00** |

**Outdoor Furniture**

| | | |
|---|---|---|
| • | Nylon Patio Lounge Chair | $50.00 |
| • | Nylon Patio Lounge Chair | $50.00 |
| • | Nylon Patio Lounge Chair | $50.00 |
| • | Nylon Patio Lounge Chair | $50.00 |
| • | Folding metal dining table | $50.00 |
| • | Folding metal dining chair | $25.00 |
| • | Folding metal dining chair | $25.00 |
| • | Folding metal dining chair | $25.00 |
| • | Folding metal dining chair | <u>$25.00</u> |
| | | **$350.00** |

**Fill in this information to identify your case:**

| Debtor 1 | **PAUL OLIVA PARADIS** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number
(if known) _____

☐ Check if this is an
  amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **40365 SAND DUNE ROAD RANCHO MIRAGE, CA 92270  RIVERSIDE County**<br>Line from *Schedule A/B*: **1.1** | **$4,000,000.00** | ■          **$75,000.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.730** |
| **2012 MERCEDES BENZ S63 AMG 56000 miles**<br>Line from *Schedule A/B*: **3.1** | **$36,000.00** | ■          **$3,325.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.010** |
| **ASSORTED HOUSEHOLD ITEMS LOCATED AT 4422 NORTH 75TH STREET, SCOTTSDALE, AZ, 85251 - SEE EXHIBIT "A" ATTACHED HERETO.**<br>Line from *Schedule A/B*: **6.1** | **$2,945.00** | ■          **100%**<br>☐  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **ASSORTED HOUSEHOLD ITEMS LOCATED AT 40365 SAND DUNE ROAD, RANCHO MIRAGE, CA, 92270 - SEE EXHIBIT "B" ATTACHED HERETO.**<br>Line from *Schedule A/B*: **6.2** | **$7,555.00** | ■          **100%**<br>☐  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 2:20-bk-06724-PS    Doc 1    Filed 06/03/20    Entered 06/03/20 07:51:42    Desc
Main Document         Page 33 of 70

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **LAP TOP COMPUTER, IPHONE**<br>Line from *Schedule A/B*: **7.1** | $300.00 | ■            **100%**<br>☐   100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **9MM PISTOL**<br>Line from *Schedule A/B*: **10.1** | $1,000.00 | ■            **100%**<br>☐   100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **CLOTHING**<br>Line from *Schedule A/B*: **11.1** | $3,000.00 | ■            **100%**<br>☐   100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **APPLE I-WATCH**<br>Line from *Schedule A/B*: **12.1** | $100.00 | ■            **$8,725.00**<br>☐   100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040** |
| **CHECKING ENDING 1259: JPMORGAN CHASE BANK**<br>Line from *Schedule A/B*: **17.1** | $7,985.04 | ■            **100%**<br>☐   100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.225** |
| **CHECKING ACCT ENDING 0289: UNION BANK**<br>Line from *Schedule A/B*: **17.2** | $6,000.00 | ■            **100%**<br>☐   100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.225** |
| **401K: ALLIANCE FUND**<br>Line from *Schedule A/B*: **21.1** | $32,512.26 | ■            **100%**<br>☐   100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.115(a)(1) & (2), (b)** |
| **401K: PRO UNLIMITED INC., RETIREMENT PLAN**<br>Line from *Schedule A/B*: **21.2** | $297.00 | ■            **100%**<br>☐   100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.115(a)(1) & (2), (b)** |
| **AIG - TERM POLICY**<br><br>**FACE VALUE $1,000,000.00 CASH VALUE $0.00 Beneficiary: EX-WIFE PER DIVORCE DECREE AND CHILDREN**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ■            **100%**<br>☐   100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.100(a)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

■   No

☐   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐   No

    ☐   Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify your case:

| Debtor 1 | **PAUL OLIVA PARADIS** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** **List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

|  | | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|---|
| **2.1** | **AMERIS BANK**<br>Creditor's Name<br><br>**1 CORPORATE DRIVE<br>SUITE 360<br>LAKE ZURICH, IL<br>60047-8945**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**1212 LAUREL STREET UNIT 2211<br>NASHVILLE, TN 37203  DAVIDSON<br>County**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Nature of lien. Check all that apply. | $255,356.08 | $400,000.00 | $0.00 |
| | **Who owes the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a<br>community debt | ☐ An agreement you made (such as mortgage or secured<br>car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)  **MORTGAGE** | | | |
| | Date debt was incurred  **2017** | Last 4 digits of account number  **4557** | | | |
| **2.2** | **AXOS BANK**<br>Creditor's Name<br><br><br>**PO BOX 401420<br>LAS VEGAS, NV 89140**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**40365 SAND DUNE ROAD RANCHO<br>MIRAGE, CA 92270  RIVERSIDE<br>County**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Nature of lien. Check all that apply. | $2,319,844.71 | $4,000,000.00 | $0.00 |
| | **Who owes the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a<br>community debt | ☐ An agreement you made (such as mortgage or secured<br>car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)  **MORTGAGE** | | | |
| | Date debt was incurred  **2018** | Last 4 digits of account number  **0613** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor 1    **PAUL OLIVA PARADIS**                                    Case number (if known) _____
　　　　　　First Name　　Middle Name　　　Last Name

---

| 2.3 | **BANK OF AMERICA** | Describe the property that secures the claim: | $68,097.95 | $57,650.00 | $10,447.95 |

Creditor's Name

**PO BOX 15220**
**WILMINGTON, DE**
**19886-5220**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

> **2018 CADILLAC ESCALADE 30000 miles**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)　**PMSI**

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred　**2018**　　　Last 4 digits of account number　**7057**

---

| 2.4 | **RIVERSIDE COUNTY TREASURER** | Describe the property that secures the claim: | $23,741.44 | $4,000,000.00 | $0.00 |

Creditor's Name

**PO BOX 12005**
**RIVERSIDE, CA**
**92502-2205**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

> **40365 SAND DUNE ROAD RANCHO MIRAGE, CA 92270  RIVERSIDE County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)　**PROPERTY TAX LIEN**

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred　**2017-2018**　　　Last 4 digits of account number　**0045**

---

| 2.5 | **THUNDERBIRD PROPERY OWNERS ASSOC** | Describe the property that secures the claim: | $4,695.00 | $4,000,000.00 | $0.00 |

Creditor's Name

**C/O DESERT RESORT MANAGEMENT**
**PO BOX 601205**
**LOS ANGELES, CA**
**90060-1205**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

> **40365 SAND DUNE ROAD RANCHO MIRAGE, CA 92270  RIVERSIDE County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)　**HOA LIEN**

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred　**2020**　　　Last 4 digits of account number　**3500**

---

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$2,671,735.18** |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | **$2,671,735.18** |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | **PAUL OLIVA PARADIS** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:     List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **CALIFORNIA FRANCHISE TAX BOARD** | **$500,000.00** | | |
| | Priority Creditor's Name | | **$500,000.00** | **$0.00** |
| | **PO BOX 2952** | | | |
| | **SACRAMENTO, CA 95812** | | | |

Last 4 digits of account number _____

When was the debt incurred?     2018

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
**INCOME TAX**

| 2.2 | **INTERNAL REVENUE SERVICE** | Last 4 digits of account number _____ | $2,400,000.00 | $2,400,000.0 0 | $0.00 |

Priority Creditor's Name
**CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?    **2018**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtor and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**INCOME TAX**

| 2.3 | **LISA PARADIS** | Last 4 digits of account number _____ | $30,706.24 | $30,706.24 | $0.00 |

Priority Creditor's Name
**105 STORMS DRIVE
MAHWAH, NJ 07430**
Number Street City State Zip Code

When was the debt incurred?    **2019-2020**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
■ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**BACK SPOUSAL SUPPORT**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| 4.1 | **AMAZON LEASING / MURPHY BANK** | Last 4 digits of account number | **5524** | **$242,000.00** |

Nonpriority Creditor's Name
**PO BOX 3870**
**PINEDALE, CA 93650**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **BALANCE ON CONTRACT**

| 4.2 | **AMERICAN EXPRESS** | Last 4 digits of account number | **7008** | **$63,005.00** |

Nonpriority Creditor's Name
**PO BOX 1270**
**NEWARK, NJ 07101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **CREDIT CARD - BUSINESS PURPOSE**

| 4.3 | **AMERICAN EXPRESS** | Last 4 digits of account number | **3003** | **$37,303.91** |

Nonpriority Creditor's Name
**PO BOX 1270**
**NEWARK, NJ 07101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **CREDIT CARD - BUSINESS PURPOSE**

| 4.4 | **AMERICAN EXPRESS** | Last 4 digits of account number    **1004** | **$18,017.39** |

Nonpriority Creditor's Name
**PO BOX 1270**
**NEWARK, NJ 07101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CREDIT CARD - BUSINESS PURPOSE**

---

| 4.5 | **ANTWON JONES** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name
**C/O JEFF ISAACS ESQ / ISAACS FRIEDBERG**
**555 FLOWER STREET #4250**
**LOS ANGELES, CA 90071**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **FOR INFO ONLY**

---

| 4.6 | **BANK OF AMERICA** | Last 4 digits of account number    **8563** | **$49,457.25** |

Nonpriority Creditor's Name
**PO BOX 15220**
**WILMINGTON, DE 19886**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CREDIT CARD - BUSINESS PURPOSE**

| 4.7 | **CITY OF LOS ANGELES** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**MICHAEL FEUER, CITY ATTORNEY**
**200 NORTH MAIN STREET - CITY**
**HALL EAST**
**LOS ANGELES, CA 90012**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **FOR INFO ONLY**

---

| 4.8 | **CORESITE LP** | Last 4 digits of account number **4907** | **$402,256.09** |

Nonpriority Creditor's Name
**1001 17TH STREET**
**SUITE 500**
**DENVER, CO 80202**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** **2017**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **PERSONAL GUARANTEE**

---

| 4.9 | **CYBERGYM CONTROL LTD/STRATEGIC CYBER HOL** | Last 4 digits of account number **N/A** | **Unknown** |

Nonpriority Creditor's Name
**224 WEST 30TH STREET**
**SUITE 502**
**NEW YORK, NY 10001**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
■ Yes

**When was the debt incurred?** **2019-2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CONTRACT DISPUTE - IN ARBITRATION**

---

| | | | |
|---|---|---|---|
| **4.10** | **DENNIS BRADSHAW** | Last 4 digits of account number   **N/A** | **Unknown** |

Nonpriority Creditor's Name
**C/O THE X LAW GROUP PC
625 FAIR OAKS AVENUE #390
SOUTH PASADENA, CA 91030-5817**
Number Street City State Zip Code

When was the debt incurred?   **N/A**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **PENDING LITIGATION**

---

| | | | |
|---|---|---|---|
| **4.11** | **JJ SHEA'S LLC/JOHN HOLLAND** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name
**C/O LEONARD MEYER LLP
1800 CENTURY PARK EAST #200
LOS ANGELES, CA 90067**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NONE - FOR INFO ONLY**

---

| | | | |
|---|---|---|---|
| **4.12** | **JPMORGAN CHASE BANK** | Last 4 digits of account number   **2004** | **$746,005.00** |

Nonpriority Creditor's Name
**10 SOUTH DEARBORN
FL L25
CHICAGO, IL 60603-2300**
Number Street City State Zip Code

When was the debt incurred?   **2016-2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **PERSONAL GUARANTEE**

---

| 4.1 3 | **KIESEL LAW GROUP, LLC / PAUL KIESEL** | | | $0.00 |

**KIESEL LAW GROUP, LLC / PAUL KIESEL**
Nonpriority Creditor's Name
**8648 WILSHIRE BLVD**
**BEVERLY HILLS, CA 90211**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**$0.00**

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NONE - FOR INFO ONLY**

---

| 4.1 4 | **SCHEPER KIM & HARRIS LLP** |

**SCHEPER KIM & HARRIS LLP**
Nonpriority Creditor's Name
**601 WEST 5TH STREET**
**12TH FLOOR**
**LOS ANGELES, CA 90071**
Number Street City State Zip Code

Last 4 digits of account number   **N/A**

When was the debt incurred?   **2019-2020**

**$140,000.00**

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **LEGAL FEES**

---

| 4.1 5 | **VISA MARRIOTT** |

**VISA MARRIOTT**
Nonpriority Creditor's Name
**PO BOX 6294**
**CAROL STREAM, IL 60197**
Number Street City State Zip Code

Last 4 digits of account number   **3002**

When was the debt incurred?   **2017**

**$47,582.00**

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **CREDIT CARD - BUSINESS PURPOSE**

| 4.1 6 | | | |
|---|---|---|---|

**VISA SLATE**

Nonpriority Creditor's Name

**PO BOX 6294**
**CAROL STREAM, IL 60197**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number     **4048**                    **$11,202.08**

When was the debt incurred?     **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **CREDIT CARD - BUSINESS PURPOSE**

---

| 4.1 7 | | | |
|---|---|---|---|

**VISA UNITED**

Nonpriority Creditor's Name

**PO BOX 6294**
**CAROL STREAM, IL 60197**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                             **$31,713.54**

When was the debt incurred?     **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **CREDIT CARD - BUSINESS PURPOSE**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**ERIC GEORGE / BROWNE GEORGE**
**ROSS**
**2121 AVENUE OF THE STARS**
**SUITE 2800**
**LOS ANGELES, CA 90067**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.7** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**GREENBERG TRAURIG**
**1900 UNIVERSITY AVENUE**
**5TH FLOOR**
**PALO ALTO, CA 94303**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**JOHN HOLLAND**
**280 EAST BROAD STREET**
**SUITE 399**
**ROCHESTER, NY 14604**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.11** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**MICHAEL D YOUNG - ARBITRATOR**
**620 8TH AVENUE**
**34TH FLOOR**
**NEW YORK, NY 10018**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 30,706.24 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 2,900,000.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 2,930,706.24 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 1,788,542.26 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 1,788,542.26 |

**Fill in this information to identify your case:**

Debtor 1     **PAUL OLIVA PARADIS**
          First Name               Middle Name              Last Name

Debtor 2
(Spouse if, filing)    First Name               Middle Name              Last Name

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number
(if known)

☐ Check if this is an
    amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.    **Do you have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.    **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   **CHRIS JARRATT**<br>      **1212 LAUREL STREET**<br>      **UNIT 2211**<br>      **NASHVILLE, TN 37203** | **RESIDENTIAL LEASE FOR DEBTOR'S PROPERTY - 1 YEAR TERM ENDS SEPTEMBER, 2020** |
| 2.2   **OSAGE, LLC**<br>      **7135 EAST CAMELBACK**<br>      **SUITE 180**<br>      **SCOTTSDALE, AZ 85251** | **DEBTOR'S RESIDENTIAL LEASE FOR WHERE HE RESIDES - LEASE PAID IN FULL FOR THE 1 YEAR ENDING FEBRUARY, 2021.** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                               Best Case Bankruptcy

**Fill in this information to identify your case:**

| Debtor 1 | **PAUL OLIVA PARADIS** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                      12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ■ No
    ☐ Yes.

      In which community state or territory did you live?    __-NONE-__   . Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent
      Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |

| | | |
|---|---|---|
| 3.1 | **ARDENT CYBER SOLUTIONS, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.9__<br>☐ Schedule G _____<br>**CYBERGYM CONTROL LTD/STRATEGIC CYBER HOL** |
| 3.2 | **ARDENT CYBER SOLUTIONS, LLC**<br>**9393 NORTH 90TH STREET**<br>**SUITE 102 #65**<br>**SCOTTSDALE, AZ 85258** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.8__<br>☐ Schedule G _____<br>**CORESITE LP** |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.3   **CITY OF LOS ANGELS, ET AL**
      **C/O BROWNE GEORGE ROSS LLP**
      **2121 AVENUE OF THE STARS #2800**
      **LOS ANGELES, CA 90067**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.10___
☐ Schedule G _____
**DENNIS BRADSHAW**

3.4   **JACK LANDSKRONER**
      **C/O LONG & LEVIT LLP**
      **465 CALIFORNIA STREET, 5TH FLOOR**
      **SAN FRANCISCO, CA 94104**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.10___
☐ Schedule G _____
**DENNIS BRADSHAW**

3.5   **JAMES CLARK**
      **C/O SQUIRE PATTON BOGGS LLP**
      **555 SOUTH FLOWER STREET, 31ST FLOOR**
      **LOS ANGELES, CA 90071**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.10___
☐ Schedule G _____
**DENNIS BRADSHAW**

3.6   **KIESEL LAW LLP**
      **C/O NEMECEK & COLE**
      **16255 VENTURA BLVD #300**
      **ENCINO, CA 91436**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.10___
☐ Schedule G _____
**DENNIS BRADSHAW**

3.7   **LAW OFFICES OF  MICHAEL J LIBMAN**
      **18321 VENTURA BLVD**
      **SUITE 700**
      **TARZANA, CA 91356**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.10___
☐ Schedule G _____
**DENNIS BRADSHAW**

3.8   **MICHAEL FEUER**
      **C/O BROWNE GEORGE ROSS LLP**
      **2121 AVENUE OF THE STARS #2800**
      **LOS ANGELES, CA 90067**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.10___
☐ Schedule G _____
**DENNIS BRADSHAW**

3.9   **MICHAEL J LIBMAN**
      **C/O ROGERS JOSEPH O'DONNELL**
      **311 CALIFORNIA STREET, 10TH FLOOR**
      **SAN FRANCISCO, CA 94104**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.10___
☐ Schedule G _____
**DENNIS BRADSHAW**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.10   **PARADIS LAW GROUP PLLC**
       **C/O SCHEPER KIM & HARRIS LLP**
       **601 WEST 5TH STREET, 12TH FLOOR**
       **LOS ANGELES, CA 90071**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.10**
☐ Schedule G _____
**DENNIS BRADSHAW**

3.11   **PARADIS LAW GROUP PLLC**
       **200 WEST 41ST STREET**
       **20TH FLOOR**
       **NEW YORK, NY 10036**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.12**
☐ Schedule G _____
**JPMORGAN CHASE BANK**

3.12   **PAUL KIESEL**
       **C/O NEMECEK & COLE**
       **16255 VENTURA BLVD #300**
       **ENCINO, CA 91436**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.10**
☐ Schedule G _____
**DENNIS BRADSHAW**

3.13   **THE LANDSKRONER LAW FIRM LTD**
       **C/O LONG & LEVIT**
       **465 CALIFORNIA STREET, 5TH FLOOR**
       **SAN FRANCISCO, CA 94104**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.10**
☐ Schedule G _____
**DENNIS BRADSHAW**

3.14   **THOMAS PETERS**
       **C/O ROBIE & MATTHAI APC**
       **350 SOUTH GRAND AVENUE #3950**
       **LOS ANGELES, CA 90071**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.10**
☐ Schedule G _____
**DENNIS BRADSHAW**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **PAUL OLIVA PARADIS** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                          12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ■ Employed  ☐ Not employed | ☐ Employed  ☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | **Occupation** | **CONTRACT PROCESSOR** | |
| | | **Employer's name** | **PRO UNLIMTED INC** | |
| | Occupation may include student or homemaker, if it applies. | **Employer's address** | **999 STEWART AVENUE #100 BETHPAGE, NY 11714** | |
| | | **How long employed there?** | **3 MONTHS** | |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 8,666.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 8,666.00 | $ N/A |

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** ................................................... | 4. | $    8,666.00 | $    N/A |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $    2,166.50 | $    N/A |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $    0.00 | $    N/A |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $    259.98 | $    N/A |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $    0.00 | $    N/A |
| 5e. | **Insurance** | 5e. | $    0.00 | $    N/A |
| 5f. | **Domestic support obligations** | 5f. | $    0.00 | $    N/A |
| 5g. | **Union dues** | 5g. | $    0.00 | $    N/A |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $    0.00 + | $    N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $    2,426.48    $    N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $    6,239.52    $    N/A

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $    2,100.00 | $    N/A |
| 8b. | **Interest and dividends** | 8b. | $    0.00 | $    N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $    0.00 | $    N/A |
| 8d. | **Unemployment compensation** | 8d. | $    0.00 | $    N/A |
| 8e. | **Social Security** | 8e. | $    0.00 | $    N/A |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $    0.00 | $    N/A |
| 8g. | **Pension or retirement income** | 8g. | $    0.00 | $    N/A |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $    0.00 + | $    N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $    2,100.00    $    N/A

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $    8,339.52   +   $    N/A   =   $    8,339.52
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11.   +$    0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $    8,339.52
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

| | |
|---|---|
| Debtor 1 | **PAUL OLIVA PARADIS** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ■ No

   Do not list Debtor 1 and Debtor 2.   ☐ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No

   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.     4. $ _____ **0.00**

   **If not included in line 4:**

   4a. Real estate taxes     4a. $ _____ **0.00**

   4b. Property, homeowner's, or renter's insurance     4b. $ _____ **0.00**

   4c. Home maintenance, repair, and upkeep expenses     4c. $ _____ **0.00**

   4d. Homeowner's association or condominium dues     4d. $ _____ **0.00**

5. **Additional mortgage payments for your residence,** such as home equity loans     5. $ _____ **0.00**

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.   Electricity, heat, natural gas | 6a. $ | **178.00** |
| | 6b.   Water, sewer, garbage collection | 6b. $ | **0.00** |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **638.00** |
| | 6d.   Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | **400.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **75.00** |
| 10. | **Personal care products and services** | 10. $ | **0.00** |
| 11. | **Medical and dental expenses** | 11. $ | **1,100.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | **350.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **75.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. $ | **200.00** |
| | 15b.  Health insurance | 15b. $ | **2,337.00** |
| | 15c.  Vehicle insurance | 15c. $ | **156.00** |
| | 15d.  Other insurance. Specify: **HOMEOWNERS INSURANCE FOR CALIF PROP** | 15d. $ | **940.00** |
| | **HOMEOWNERS INSURANCE FOR TENN PROP** | $ | **98.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b.  Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c.  Other. Specify: | 17c. $ | **0.00** |
| | 17d.  Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | **3,838.28** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.  Mortgages on other property | 20a. $ | **0.00** |
| | 20b.  Real estate taxes | 20b. $ | **0.00** |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e.  Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | 21. +$ | **0.00** |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **10,385.28** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | **10,385.28** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **8,339.52** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **10,385.28** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **-2,045.76** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.      Explain here: **SCHEDULE J DOES NOT INCLUDE RENT AS DEBTOR PAID THE LEASE IN FULL.  RENTAL EXPENSE WILL BEGIN FEBRUARY, 2021.**

**SCHEDULE J DOES NOT INCLUDE THE MORTGAGE, HOA, OR PROPERTY TAX PAYMENTS FOR EITHER REAL PROPERTY LISTED ON SCHEDULE A AS BOTH PROPERTIES WILL BE MARKETED AND SOLD. ALL ASSOCIATED LIENS AND ENCUBRANCES WILL BE PAID AT CLOSE OF ESCROW.**

Case 2:20-bk-06724-PS   Doc 1   Filed 06/03/20   Entered 06/03/20 07:51:42   Desc
Main Document    Page 54 of 70

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **PAUL OLIVA PARADIS** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X /s/ PAUL OLIVA PARADIS | X |
|---|---|
| **PAUL OLIVA PARADIS** | Signature of Debtor 2 |
| Signature of Debtor 1 | |

Date   **June 2, 2020**          Date

---

Official Form 106Dec        Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify your case:

Debtor 1          **PAUL OLIVA PARADIS**

                  First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number
(if known)

☐ Check if this is an
  amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.   **What is your current marital status?**

     ☐ Married
     ■ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

     ☐ No
     ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **801 OCEAN AVENUE APT 603 SANTA MONICA, CA 90405** | From-To: **APRIL, 2016 - JANUARY, 2018** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| **951 OCEAN AVENUE APT 302 SANTA MONICA, CA 90405** | From-To: **FEBRUARY, 2018 - OCTOBER, 2019** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| **40365 SAND DUNE ROAD RANCHO MIRAGE, CA 92270** | From-To: **NOVEMBER, 2019 - FEBRUARY, 2020** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

     ■ No
     ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| **Part 2** | **Explain the Sources of Your Income** |

**4.** **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | **$20,625.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
|  | ☐ Wages, commissions, bonuses, tips<br><br>☑ Operating a business | **$-65,425.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, 2019 ) | ☐ Wages, commissions, bonuses, tips<br><br>☑ Operating a business | **$-321,782.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2018 ) | ☐ Wages, commissions, bonuses, tips<br><br>☑ Operating a business | **$6,076,136.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

**5.** **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No
☐ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |

**6.** **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No.    Go to line 7.

☑ Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

*\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.*

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **AXOS BANK**<br>**PO BOX 401420**<br>**LAS VEGAS, NV 89140** | **OVER THE PAST 90 DAYS** | **$27,026.00** | **$2,319,844.71** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **SCHEPER KIM & HARRIS LLP**<br>**601 WEST 5TH STREET, 12TH FLOOR**<br>**LOS ANGELES, CA 90071** | **OVER THE PAST 90 DAYS** | **$20,000.00** | **$140,000.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other __LEGAL FEES__ |
| **VISA UNITED**<br>**PO BOX 6294**<br>**CAROL STREAM, IL 60197** | **OVER THE PAST 90 DAYS** | **$27,500.00** | **$31,713.54** | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No

☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No

☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| BRADSHAW v. CITY OF LOS ANGELES, ET AL<br>2-19-CV-06661-VAP-JC | CLASS ACTION COMPLAINT | US DISTRICT COURT, CENTRAL DISTRIC OF CA | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| CYBERGYM CONTROL, LTD ET AL v. PARADIS ET AL<br>1425030862 | ARBITRATION PROCEEDING | JAMS ARBITRATION | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| AMAZON LEASING/MURPHY BANK<br>PO BOX 3870<br>PINEDALE, CA 93650 | 2014 LAMBORGHINI AVENTADOR - VOLUNTARY SURRENDER<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | FEBRUARY, 2020 | $200,000.00 |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ■ No
    ☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    ■ No
    ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **ALLAN D NEWDELMAN PC**<br>**80 EAST COLUMBUS AVENUE**<br>**PHOENIX, AZ 85012**<br>anewdelman@adnlaw.net | **Retainer of $7,000.00 and filing fee of $1,717.00** | **May 28, 2020** | **$8,717.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☐ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| ARDENT CYBER SOLUTIONS, LLC fka AVENTADOR UTILITY SOLUYIOND, LLV<br>801 OCEAN AVENUE<br>SUITE 603<br>SANTA MONICA, CA 90405<br><br>DEBTOR'S LLC | CAPITAL CONTRIBUTIONS OF $1,902,636.44 | CASH INFUSION INTO BUSINESS | OVER PAST TWO YEARS |
| PARADIS LAW GROUP, PLLC<br>200 WEST 41ST STREET<br>20TH FLOOR<br>NEW YORK, NY 10036<br><br>DEBTOR'S LLC | CAPITAL CONTRIBUTIONS OF $2,672,129.58 | CASH INFUSION INTO BUSINESS | OVER THE PAST TWO YEARS |
| CHRISTOPHER BOLLINGER<br>1212 LAUREL<br>UNIT 2302<br>NASHVILLE<br><br>NONE | SOLD INVESTMENT PROPERTY LOCATED AT 1212 LAUREL, UNIT 2302, NASHVILLE, TN | SALE PRICE $2, 150,000.00 - NET TO DEBTOR $700,000.00 | DECEMBER, 2019 |
| JANE SCHAPKER<br>1212 LAUREL STREET<br>UNIT 2111<br>NASHVILLE, TN 37203<br><br>NONE | SOLD INVESTMENT PROPERTY LOCATED AT 1212 LAUREL STREET #2111, NASHVILLE, TN. | ESTIMATED SALE PRICE $460,000.00. ESTIMATED NET TO DEBTOR $200,000.00 | OCTOBER, 2019 |
| O'GARA COACH COMPANY<br>8423 WILSHIRE BLVD<br>BEVERLY HILLS, CA 90211<br><br>NONE | SOLD A 2016 BENTLEY MULSANNE FOR $154,000.00 | | SEPTEMBER, 2019 |
| O'GARA COACH COMPANY<br>8423 WILSHIRE BLVD<br>BEVERLY HILL, CA 90211<br><br>NONE | SOLD A 2018 MERCEDES BENZ AMG GTC FOR $100,000.00 | | OCTOBER, 2019 |
| RYAN CLARKE<br>MD<br><br>NONE | SOLD MEMBERHIP INTEREST IN AVENTADOR UTILITY SOLUTIONS, LLC TO MR. CLARKE. | RECEIVED AN ANTIQUE COIN VALUED AT $1,057.00.  -<br><br>THIS TRANSACTION WAS REVERSED IN NOVEMBER, 2019 | MARCH, 2019 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)
- ■ No
- ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ☐ **No**
    ■ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| PUBLIC STORAGE 1080 GOFFLE ROAD HAWTHORNE, NJ 07506 | DEBTOR | YARD TOOLS | ☐ No ■ Yes |

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:   Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN<br><br>Dates business existed | |
|---|---|---|---|
| ARDENT CYBER SOLUTIONS, LLC fka AVENTADOR UTILITY SOLUTIONS, LLC<br>9393 NORTH 90TH STREET, SUITE 102 #65<br>SCOTTSDALE, AZ 85258 | CYBER SECURITY CONSULTING<br><br>JOHN SPANO - BOOKKEEPER<br><br>RICHARD BAUM - CPA | EIN:<br><br>From-To | 821016323<br><br>MARCH, 2017 TO THE PRESENT BUT CEASED OPERATING IN NOV. 2019 |
| PARADIS LAW GROUP, PLLC<br>200 WEST 41ST STREET<br>20TH FLOOR<br>NEW YORK, NY 10036 | LAW PRACTICE<br><br>JOHN SPANO - BOOKKEEPER<br><br>RICHARD BAUM - CPA | EIN:<br><br>From-To | 462147357<br><br>APRIL, 2007 TO PRESENT BUT CEASED OPERATING IN DEC., 2019 |
| DELWARE LLC | HOLDING COMPANY | EIN:<br><br>From-To | <br><br>2017 TO PRESENT BUT NOT OPERATING |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

**28.** **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:**    **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

*/s/* **PAUL OLIVA PARADIS**

**PAUL OLIVA PARADIS**                                    **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **June  2, 2020**                              Date

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

# United States Bankruptcy Court
## District of Arizona

In re **PAUL OLIVA PARADIS** _____
                                              Debtor(s)

Case No. _____
Chapter    **11** _____

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

I, **PAUL OLIVA PARADIS**, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting

of **5** page(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date: **June 2, 2020** _____

**/s/ PAUL OLIVA PARADIS** _____
**PAUL OLIVA PARADIS**
Signature of Debtor

Date: **June 2, 2020** _____

**/s/ Allan D. NewDelman** _____
Signature of Attorney
**Allan D. NewDelman 004066**
**ALLAN D. NEWDELMAN, P.C.**
**80 EAST COLUMBUS AVENUE**
**PHOENIX, AZ 85012**
**602-264-4550  Fax: 602-277-0144**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

PARADIS, PAUL -

AMAZON LEASING / MURPHY BANK
PO BOX 3870
PINEDALE CA 93650

AMERICAN EXPRESS
PO BOX 1270
NEWARK NJ 07101

AMERIS BANK
1 CORPORATE DRIVE
SUITE 360
LAKE ZURICH IL 60047-8945

ANTWON JONES
C/O JEFF ISAACS ESQ / ISAACS FRIEDBERG
555 FLOWER STREET #4250
LOS ANGELES CA 90071

ARIZONA DEPARTMENT OF REVENUE
TAX BANKRUPTCY & COLLECTIONS
2005 NORTH CENTRAL AVENUE
PHOENIX AZ 85004

AXOS BANK
PO BOX 401420
LAS VEGAS NV 89140

BANK OF AMERICA
PO BOX 15220
WILMINGTON DE 19886-5220

BANK OF AMERICA
PO BOX 15220
WILMINGTON DE 19886

CALIFORNIA FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO CA 95812

CHRIS JARRATT
1212 LAUREL STREET
UNIT 2211
NASHVILLE TN 37203

PARADIS, PAUL -


CITY OF LOS ANGELES
MICHAEL FEUER, CITY ATTORNEY
200 NORTH MAIN STREET - CITY HALL EAST
LOS ANGELES CA 90012


CITY OF LOS ANGELS, ET AL
C/O BROWNE GEORGE ROSS LLP
2121 AVENUE OF THE STARS #2800
LOS ANGELES CA 90067


CORESITE LP
1001 17TH STREET
SUITE 500
DENVER CO 80202


CYBERGYM CONTROL LTD/STRATEGIC CYBER HOL
224 WEST 30TH STREET
SUITE 502
NEW YORK NY 10001


DENNIS BRADSHAW
C/O THE X LAW GROUP PC
625 FAIR OAKS AVENUE #390
SOUTH PASADENA CA 91030-5817


ELLEN PANSKY
PANSKYMARKLE ATTNYS AT LAW
1010 SYCAMORE AVENUE #308
SOUTH PASADENA CA 91030


ERIC GEORGE / BROWNE GEORGE ROSS
2121 AVENUE OF THE STARS
SUITE 2800
LOS ANGELES CA 90067


GREENBERG TRAURIG
1900 UNIVERSITY AVENUE
5TH FLOOR
PALO ALTO CA 94303


GREGORY D SMITH ESQ
9100 WILSHIRE BLVD
SUITE 345E
BEVERLY HILLS CA 90212

PARADIS, PAUL -


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346


JAMES CLARK
C/O SQUIRE PATTON BOGGS LLP
555 SOUTH FLOWER STREET, 31ST FLOOR
LOS ANGELES CA 90071


JJ SHEA'S LLC/JOHN HOLLAND
C/O LEONARD MEYER LLP
1800 CENTURY PARK EAST #200
LOS ANGELES CA 90067


JOHN HOLLAND
280 EAST BROAD STREET
SUITE 399
ROCHESTER NY 14604


JOSEPH BRAJEVICH - LEGAL DEPT
C/O LOS ANGELES DEPT OF WATER & POWER
221 NORTH FIGUEROA ST
LOS ANGELES CA 90012


JPMORGAN CHASE BANK
10 SOUTH DEARBORN
FL L25
CHICAGO IL 60603-2300


KIESEL LAW GROUP, LLC / PAUL KIESEL
8648 WILSHIRE BLVD
BEVERLY HILLS CA 90211


KIESEL LAW LLP
C/O NEMECEK & COLE
16255 VENTURA BLVD #300
ENCINO CA 91436


LAW OFFICES OF  MICHAEL J LIBMAN
18321 VENTURA BLVD
SUITE 700
TARZANA CA 91356

PARADIS, PAUL -


LISA PARADIS
105 STORMS DRIVE
MAHWAH NJ 07430


MARIBETH ANNAGUEY
BROWN GEORGE ROSS LLP
2121 AVENUE OF THE STARS #2800
LOS ANGELES CA 90067


MICHAEL D YOUNG - ARBITRATOR
620 8TH AVENUE
34TH FLOOR
NEW YORK NY 10018


MICHAEL J LIBMAN
C/O ROGERS JOSEPH O'DONNELL
311 CALIFORNIA STREET, 10TH FLOOR
SAN FRANCISCO CA 94104


PARADIS LAW GROUP PLLC
C/O SCHEPER KIM & HARRIS LLP
601 WEST 5TH STREET, 12TH FLOOR
LOS ANGELES CA 90071


RIVERSIDE COUNTY TREASURER
PO BOX 12005
RIVERSIDE CA 92502-2205


SCHEPER KIM & HARRIS LLP
601 WEST 5TH STREET
12TH FLOOR
LOS ANGELES CA 90071


THE LANDSKRONER LAW FIRM LTD
C/O LONG & LEVIT
465 CALIFORNIA STREET, 5TH FLOOR
SAN FRANCISCO CA 94104


THOMAS PETERS
C/O ROBIE & MATTHAI APC
350 SOUTH GRAND AVENUE #3950
LOS ANGELES CA 90071

PARADIS, PAUL -


THUNDERBIRD PROPERY OWNERS ASSOC
C/O DESERT RESORT MANAGEMENT
PO BOX 601205
LOS ANGELES CA 90060-1205


VISA MARRIOTT
PO BOX 6294
CAROL STREAM IL 60197


VISA SLATE
PO BOX 6294
CAROL STREAM IL 60197


VISA UNITED
PO BOX 6294
CAROL STREAM IL 60197