**SIGNED.**

**Dated: August 17, 2020**

_____
**Paul Sala, Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>PAUL OLIVA PARADIS,<br>    Debtor. | Case No. 2:20-BK-06724-PS<br>Chapter 11<br>ORDER GRANTING IN PART AND DENYING IN PART GOVERNMENT'S MOTION FOR STAY OF PROCEEDINGS |

Having considered the government's motion for stay (DE 48), the statement of positions filed by Axos Bank (DE 52), the Subchapter V Trustee (DE 53), the City of Los Angeles (DE 58), and the debtor (DE 60), and the arguments of the parties at the hearing on this matter on August 10, 2020, the Court finds as follows:

The government's motion is DENIED IN PART, insofar as it seeks a broad stay of the entire bankruptcy case.

However, in the interest of allowing the government to maintain the integrity and confidentiality of its criminal investigation, the Court GRANTS a stay of all discovery – whether testimonial, documentary, or otherwise – relating to (collectively, the "Protected Issues"):

(1) any contracts between the Los Angeles Department of Water and Power ("LADWP"), on the one hand, and Paradis Law Group, PLLC,

Ardent Cyber Solutions, LLC, and/or Aventador Utility Solutions, LLC, on the other; and

(2) the civil litigation in: <u>Jones v. City of Los Angeles</u>, Los Angeles Superior Court ("LASC") Case No. BC577267; <u>Kimhi, et al. v. City of Los Angeles</u>, LASC Case No. BC536272; <u>Bransford, et al. v. City of Los Angeles, et al.</u>, LASC Case No. BC565618; <u>Morski, et al. v. Los Angeles Dept. of Water and Power</u>, LASC Case No. BC568722; <u>Fontaine, et al. v. City of Los Angeles, et al.</u>, LASC Case No. BC571664; <u>Macias, et al. v. Los Angeles Dept. of Water and Power</u>, LASC Case No. BC594049; <u>City of Los Angeles v. PricewaterhouseCoopers, LLP, et al.</u>, LASC Case No. BC574690; <u>Bradshaw v. City of Los Angeles, et al.</u>, 2:19-cv-06661, filed in the United States District Court in the Central District of California; and <u>CyberGym Control Ltd. v. Paul O. Paradis, et al.</u>, JAMS Ref. No. 1425030862, a JAMS arbitration.

To the extent that there is a dispute regarding whether a request for any information, documents, discovery, or testimony constitutes a request for discovery relating to Protected Issues, the relevant parties and government shall immediately meet and confer in good faith in an attempt to resolve the issue prior to bringing such issue to the Court for adjudication.

This stay shall remain in place until further order of the Court. Except as to the stay delineated hereinabove, all other aspects of this bankruptcy case shall move forward, including, but not limited to, the disposition and sale of real property assets. Any and all existing and future deadlines under the Code and Rules remain in place.

1  This order is without prejudice to the government's ability to
2  seek additional stays, or the creditors' rights to seek relief from
3  the automatic stay under Bankruptcy Code § 362, adequate protection,
4  or other relief from the Court.
5  IT IS SO ORDERED.

**DATED AND SIGNED ABOVE**

**APPROVED AS TO FORM AND CONTENT:**

*/s/*
_____
Diana Kwok
Assistant United States Attorney
312 N. Spring St., 13th Floor
Los Angeles, CA  90012
Diana.kwok@usdoj.gov
*Attorneys for the United States*


*/s/ Edward Bernativicius (with permission)*
_____
Edward K. Bernativicius
United States Trustee
230 N. 1st Ave., Ste. 204
Phoenix, AZ  85003
edward.k.bernativicius@usdoj.gov
*Attorneys for United States Trustee*


*/s/ Alan Meda (with permission)*
_____
Alan A. Meda
Burch & Cracchiolo PA
1850 N. Central Ave., Suite 1700
Phoenix, AZ  85004
ameda@bcattorneys.com
*Attorney for Debtor Paul Paradis*

*/s/ James Cross (with permission)*

James Cross
Cross Law Firm, P.L.C.
1850 N. Central Ave., Ste. 1150
Phoenix, AZ  85004
jcross@crosslawaz.com
*Subchapter V Trustee*


*/s/ Bradley Cosman (with permission)*

Bradley A. Cosman
Benjamin C. Calleros
Perkins Coie lLP
2901 N. Central Ave., Ste. 2000
Phoenix, Arizona 85012-2788
Bcosman@perkinscoie.com
*Attorneys for Axos Bank*


*/s/ Michael Jones (with permission)*

Michael A. Jones
Cody D. Vandewerker
Allen Barnes & Jones, PLC
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
mjones@allenbarneslaw.com
*Attorneys for the City of Los Angeles*