| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Alan A. Meda (#009213)<br>BURCH & CRACCHIOLO, P.A.<br>1850 N. Central Ave., Suite 1700<br>Phoenix, AZ 85004<br>Tel: 602.274.7611<br>ameda@bcattorneys.com<br><br>*Counsel for Debtor* |

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>PAUL OLIVA PARADIS,<br><br>   Debtor. | Chapter 11 Subsection V<br><br>Case No.: 2:20-bk-06724-PS<br><br>**DEBTOR'S OBJECTION TO PROOF OF CLAIM 10 FILED BY STRATEGIC CYBER HOLDINGS, LLC**<br><br>**AND**<br><br>**NOTICE THEREOF** |

NOTICE IS HEREBY GIVEN that, pursuant to 11 U.S.C. § 502, and in accordance with Rule 3007-1 of the Local Rules of Bankruptcy Procedure for the District of Arizona, Paul Oliva Paradis ("**Debtor**"), through counsel, hereby objects (the "**Objection**") to Proof of Claim No. 10 (the "**Claim**") filed by Strategic Cyber Holdings, LLC ("**Strategic Cyber**") asserting an unsecured claim against the Debtor and Debtor's estate in the amount of $3,409,000.00 on the grounds that the claim is not a valid and enforceable claim against Debtor or Debtor's bankruptcy estate, does not provide a sufficient legal or factual basis to substantiate the claim, and should be disallowed and expunged.

The claim of Strategic Cyber may be disallowed in its entirety unless on or before twenty-one (21) days following service of this Objection and Notice, Strategic Cyber:

> **Files a written response to this Objection and Notice, setting forth the specific grounds why such creditor's claims should be allowed, with the Clerk of the Bankruptcy Court, 230 N. First Ave., First Floor, Phoenix, AZ 85003-1723, and mail a copy thereof to Alan A. Meda, Burch & Cracchiolo, P.A., 1850 N. Central Avenue, Suite 1700, Phoenix, AZ 85004.**

## I. BACKGROUND

1. On June 3, 2020 (the "**Petition Date**"), Debtor filed his voluntary Chapter 11 Subsection V petition under the Bankruptcy Code initiating the above-referenced bankruptcy case (the "**Bankruptcy Case**"). James E. Cross was appointed as the Subchapter V Trustee (the "**Trustee**").

2. On July 20, 2020, Strategic Cyber filed Proof of Claim No. 10 asserting an unsecured claim in the amount of $3,409,000.00.

3. Debtor's bankruptcy schedules listed Strategic Cyber as a creditor with a disputed claim in an unknown amount. *See* DE 1 at 42.

4. On November 25, 2020, Debtor filed his Amended Plan of Reorganization dated November 25, 2020.

5. On December 17, 2020, the Court entered a *Stipulated Order Expanding Duties of Subchapter V Trustee* at DE 210 (the "**Trustee Order**"). Pursuant to the Trustee Order, Debtor maintained non-exclusive authority to object to claims.

## II. OBJECTION

6. The Claim is based on a Cyber Arena Sale Agreement with Aventador Cyber Solutions, LLC and is not a valid and enforceable claim against Debtor and Debtor's bankruptcy estate. Furthermore, the Claim does not provide a sufficient legal or factual basis to substantiate the claim. As such, the Claims should be disallowed and expunged pursuant to 11 U.S.C. § 502(b)(1).

WHEREFORE, Debtor requests that the Court sustain Debtor's objection and disallow and expunge the Claim of Strategic Cyber and enter an order consistent with this Objection and Notice, and otherwise grant relief as is just and proper under the circumstances.

DATED this 13th day of January 2021.

BURCH & CRACCHIOLO, P.A.

By /s/ Alan A. Meda (#009213)
Alan A. Meda
*Attorney for Debtor*

| | |
|---|---|
| 1 | Served via ECF on CM/ECF users and by email and US Mail on the following this 13th day of January 2021, which constitutes service pursuant to L.R. Bankr. P. 9076-1: |
| 2 | |
| 3 | |
| 4 | Howard J. Steinberg |
| 5 | 1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067<br>steinbergh@gtlaw.com |
| 6 | |
| 7 | /s/ Tracy Dunham |
| 8 | Tracy Dunham |