# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:                 )     CASE NO. 2:20-bk-06724-PS

PAUL PARADIS,        )     **INDIVIDUAL DEBTOR NOT ENGAGED IN**
                  )     **BUSINESS MONTHLY REPORT**

MONTH OF:               Dec-20

DATE PETITION FILED:     6/3/2020

Debtor(s) )

TAX PAYER ID NO. :       9335

(Debtor's Social Securtiy #)    last 4 digits only

(Co-Debtor's Social Securtiy #)

Nature of Debtor's Business: _____ Contract Negotiator
Nature of Co-Debtor's Business: _____

DATE DISCLOSURE STATEMENT FILED: ___N/A___ TO BE FILED:_____
DATE PLAN OF REORGANIZATION FILED: ___9/1/2020___ TO BE FILED:_____

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY REPORT AND THE**
**ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE** *see note below

**RESPONSIBLE PARTY:**

| | |
|---|---|
| ORIGINAL SIGNATURE OF DEBTOR | SIGNATURE OF CO-DEBTOR |
| PRINTED NAME OF DEBTOR | PRINTED NAME OF CO-DEBTOR |
| DATE | DATE |

**PREPARER:**

*James E. Cross*

ORIGINAL SIGNATURE OF PREPARER       Trustee

                                           TITLE

James E. Cross                               1/29/2020

PRINTED NAME OF PREPARER                DATE

**PERSON TO CONTACT REGARDING THIS REPORT:**    James E. Cross

PHONE NUMBER:    602-412-4422

ADDRESS:    1850 N. Central Ave., Ste. 1150, Phoenix, AZ 85004

**FILE REPORT ELECTRONICALLY WITH THE COURT**

* This report is prepared based upon information provided by Debtor, Paul Paradis. The Trustee has
reviewed the bank records in support of this report and to the best of his belief and knowledge, this report
accurately reflects the information provided by the Debtor.

# CASH SUMMARY

| | Post-Petition Debtor-in-Possession Accounts | | | | |
|---|---|---|---|---|---|
| | Cash | Checking | Savings | Estate Checking | **TOTAL** |
| | | #6165 | # | #0038 | |
| | | | | Estate account opened by Trustee | |
| Balance at Beginning of Period | | $1,468.05 | | | $1,468.05 |

| **RECEIPTS** | | | | | |
|---|---|---|---|---|---|
| Wages - Debtor | | $4,715.21 | | | $4,715.21 |
| Wages - Co-Debtor | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets - release of escrow funds from sale of CA property | | $5,000.00 | | | $5,000.00 |
| Gifts (money) | | | | | |
| Sale of Assets - funds received by Trustee from Debtor counsel from sale of CA property | | | | $862,808.20 | $862,808.20 |
| Transfers from Other DIP Accounts | | | | | |
| Other  (attach list) | | | | | |
| | | | | | |
| **TOTAL RECEIPTS** | | $9,715.21 | | $862,808.20 | $872,523.41 |

| **TOTAL DISBURSEMENTS** | | $6,109.29 | | | $6,109.29 |
|---|---|---|---|---|---|

| **Balance at End of Month** | | $5,081.91 | | $862,808.20 | $867,890.11 |
|---|---|---|---|---|---|

| **CREDIT CARD ACTIVITY** | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name<br>Acct # | | | | |
| Name<br>Acct # | | | | |

| **DISBURSEMENTS FOR CALCULATING QUARTERLY FEES:** | |
|---|---|
| Total Disbursements (from above) | $6,109.29 |
| Plus:  Payroll deductions (from page 4) | $2,084.80 |
| Plus:  Estate disbursements made by outside sources (payments from escrow; 2-party check; etc.) | |
| Less:  Transfers between debtor-in-possession bank accounts | |
| **Total Disbursements for Calculating Quarterly Fees** | $8,194.09 |

# CASE STATUS

## QUESTIONAIRE

|  | YES | NO |
|---|---|---|
| 1.  Have any assets been sold or transferred during this reporting period? |  | x |
| 2.  Have you made any payments to an attorney or accountant this month? |  | x |
| 3.  Have any payments been made on prepetition liabilities during this reporting period? |  | x |
| 4.  Have any post-petition loans been received by the debtor(s) from any party? |  | x |
| 5.  Have any insurance policies or coverages expired? |  | x |
| 6.   Are any post-petition real estate taxes past due? |  | x |
| 7.   Have any pre-petition taxes been paid during this reporting period? |  | x |
| 8.   Do you expect any significant income changes within the next 90 days? |  | x |
| 9.  Are any U. S. Trustee quarterly fees delinquent? |  | x |

Provide a detailed explaination of any "YES" answers to the above questions:  (attach additional sheets if needed)

_____

_____

_____

_____

_____

_____

_____

_____

What progress has been made, during the reporting period, towards reorganinzing your estate ?

_____

_____

_____

_____

_____

_____

_____

_____

# DISBURSEMENT DETAIL
## (INDIVIDUAL ACCOUNTS)

**Month:** Dec-20

**Account #** 6165

**Bank Name** 1st Intl. Bank & Trus

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | see attached bank statement detailing all transactions and electronic disbursements | | |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | $5,529.29 |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| 1007 | 12/28/2020 | John Spano | bookkeeping services | $180.00 |
| 1008 | 12/29/2020 | Cosme Marley | IT services | $400.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total checks listed on this page** | | | | $580.00 |
| **Total checks listed on continuation pages** | | | | 0 |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | $6,109.29 |
|---|---|

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay | = | Payroll Deductions |
|---|---|---|---|---|---|---|
| Debtor | 11/27/2020 | $2,000.00 | | $1,360.69 | | $639.31 |
| | 12/4/2020 | $2,000.00 | | $1,360.68 | | $639.32 |
| | 12/11/2020 | $2,000.00 | | $1,360.69 | | $639.31 |
| Co-Debtor | 12/18/2020 | $800.00 | | $633.14 | | $166.86 |
| | | | | | | |
| | | | | | | |
| | | | **Total Payroll Deductions - report on page 2** | | | $2,084.80 |

Page 4



**FIRST INTERNATIONAL BANK & TRUST**
*live first*

**PO Box 607**
**Watford City, ND 58854**




**Managing Your Accounts**

Customer Service 1.800.359.8092

Website      www.FIBT.com

DEBTOR IN POSSESSION
PAUL OLIVA PARADIS
4422 N 75TH ST UNIT 4005
SCOTTSDALE AZ 85251-4074

# Happy New Year!

We thank you for your business
and look forward to working with you in 2021.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ESSENTIAL | XXXXXX6165 | $5,081.91 |

## ESSENTIAL-XXXXXX6165
## CASE# 2:20-BK-06724-MCW

**Account Summary**

| Date | Description | Amount |
|---|---|---|
| 12/01/2020 | **Beginning Balance** | **$1,468.05** |
| | 6 Credit(s) This Period | $9,723.15 |
| | 38 Debit(s) This Period | $6,109.29 |
| 12/31/2020 | **Ending Balance** | **$5,081.91** |
| | Service Charges | $7.95 |



**Member FDIC**

## STATEMENT OF BILLING RIGHTS DISCLOSURE

**FIRST INTERNATIONAL BANK & TRUST**
P.O. BOX 607
WATFORD CITY ND 58854
1-800-359-8092

PLEASE EXAMINE IMMEDIATELY AND REPORT IF INCORRECT. IF NO REPLY IS RECEIVED WITH-IN 30 DAYS THE ACCOUNT WILL BE CONSIDERED CORRECT.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at the address at the top of this statement. In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors <u>in writing</u>. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### YOUR RIGHTS IF YOU ARE DISSATISFIED WITH YOUR CREDIT CARD PURCHASES

If you are dissatisfied with the goods or services that you have purchased with your credit card and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us <u>in writing</u> at the address on the front on this statement. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

Your First Reserve Loan Account is operated in conjunction with your checking account. Any charges for your checking account will be made to the checking account and they will be the same charges as are made for checking accounts not operated in conjunction with First Reserve Loan Accounts.

**There is no grace period on the First Reserve Loan Account. We will begin charging interest on advances on the transaction date.** An INTEREST CHARGE will be imposed on the First Reserve Loan Account each day by applying the periodic rate per day to the balance of the unpaid First Reserve Loan Account at the end of that day. We figure the INTEREST CHARGE on your First Reserve Loan Account by applying the periodic rate to the "daily balance" of your First Reserve Loan Account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your First Reserve Loan Account each day, and add any new advances, and subtract any unpaid interest or other finance charges and any payment or credits. This gives us the "daily balance".

The minimum periodic payment required is shown on the front of your statement and will be automatically deducted from your checking account 24 days after your monthly statement is generated. You may pay off your First Reserve Loan Account loan balance at any time, or make voluntary additional payments. Payments shall be applied first to any unpaid interest or other finance charges, secondly to pay the accrued premium for credit life insurance, if any, and thirdly to the principal loan balance outstanding in your First Reserve Loan Account. Periodic statement may be sent to you at the end of each billing cycle showing your First Reserve Loan Account loan transactions.

NOTE: Loan payments must be sent to **FIB&T, P.O. Box 1240, Minot, ND 58701-1240** and received by 5:00 pm CST, Monday-Friday, except bank holidays, to be credited as of that date. Payments can also be made in person at any of our office locations and will be credited as of the date received. All other payments received will be credited as of the next business day.

Rev 3-24-17

## ESSENTIAL-XXXXXX6165 (continued)
## CASE# 2:20-BK-06724-MCW

**Account Activity**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **12/01/2020** | **Beginning Balance** | | | **$1,468.05** |
| 12/01/2020 | Mobile Check Deposit | | $1,360.69 | $2,828.74 |
| 12/01/2020 | POS Purchase AZ PHOENIX COSTCO WHSE #04 SEQ# 658550 | $39.20 | | $2,789.54 |
| 12/01/2020 | POS Purchase AZ PHOENIX COSTCO WHSE #04 SEQ# 158836 | $207.58 | | $2,581.96 |
| 12/02/2020 | POS Purchase AZ SCOTTSDALE REMUS REPTA MD SEQ# 060001 | $525.00 | | $2,056.96 |
| 12/03/2020 | Public Storage I RENTAL 000000034515581 | $452.43 | | $1,604.53 |
| 12/07/2020 | POS Purchase AZ SCOTTSDALE Wal-Mart Super US SEQ# 000040 | $57.70 | | $1,546.83 |
| 12/09/2020 | POS Purchase AZ PHOENIX COSTCO WHSE #04 SEQ# 167581 | $34.53 | | $1,512.30 |
| 12/09/2020 | POS Purchase WA SEATTLE AMAZON.COM* WM4P US SEQ# 500000 | $86.36 | | $1,425.94 |
| 12/09/2020 | POS Purchase AZ PHOENIX COSTCO WHSE #04 SEQ# 340214 | $92.04 | | $1,333.90 |
| 12/09/2020 | POS Purchase WA SEATTLE AMAZON.COM* RD69 US SEQ# 100000 | $139.42 | | $1,194.48 |
| 12/09/2020 | POS Purchase AZ PHOENIX COSTCO WHSE #04 SEQ# 956131 | $217.29 | | $977.19 |
| 12/10/2020 | POS Purchase AZ PHOENIX GNC #7574 SEQ# 031791 | $37.99 | | $939.20 |
| 12/10/2020 | POS Purchase AZ PHOENIX WAL-MART #1598 US SEQ# 765074 | $68.19 | | $871.01 |
| 12/10/2020 | POS Purchase AZ PARADISE VALL RUSTY NAIL MEAT SEQ# 003143 | $76.11 | | $794.90 |
| 12/14/2020 | POS Purchase AZ PHOENIX WALGREENS STORE 65 SEQ# 300686 | $50.64 | | $744.26 |
| 12/14/2020 | POS Purchase AZ SCOTTSDALE CHEVRON/STAYSHO NT SEQ# 057811 | $57.00 | | $687.26 |
| 12/15/2020 | Mobile Check Deposit | | $1,360.69 | $2,047.95 |
| 12/15/2020 | POS Purchase AZ SCOTTSDALE FLOS CHINESE RE RA SEQ# 018104 | $32.63 | | $2,015.32 |
| 12/16/2020 | POS Purchase AZ PHOENIX COSTCO WHSE #04 SEQ# 931764 | $15.77 | | $1,999.55 |
| 12/16/2020 | POS Purchase AZ SCOTTSDALE FRYS-FOOD-DRG # 28 SEQ# 746090 | $113.52 | | $1,886.03 |
| 12/17/2020 | Mobile Check Deposit | | $1,360.68 | $3,246.71 |
| 12/17/2020 | POS Purchase WA SEATTLE AMAZON.COM* TJ42 US SEQ# 000003 | $154.29 | | $3,092.42 |
| 12/18/2020 | POS Purchase WA SEATTLE AMAZON.COM* DW99 US SEQ# 752789 | $120.70 | | $2,971.72 |
| 12/18/2020 | POS Purchase WA SEATTLE AMAZON.COM* 1K3L US SEQ# 700000 | $441.81 | | $2,529.91 |
| 12/21/2020 | POS Purchase WA SEATTLE AMAZON.COM* 6O2G US SEQ# 600000 | $43.21 | | $2,486.70 |
| 12/21/2020 | POS Purchase AZ PHOENIX SHELL SERVICE S US SEQ# 535579 | $53.50 | | $2,433.20 |
| 12/21/2020 | POS Purchase AZ SCOTTSDALE FLOS CHINESE RE RA SEQ# 061353 | $99.36 | | $2,333.84 |
| 12/21/2020 | POS Purchase AZ SCOTTSDALE FRYS-FOOD-DRG # 28 SEQ# 903670 | $115.48 | | $2,218.36 |
| 12/23/2020 | POS Purchase AZ SCOTTSDALE FRYS-FOOD-DRG # 28 SEQ# 535610 | $163.44 | | $2,054.92 |
| 12/24/2020 | POS Purchase AZ EHRENBERG 76 - ARIZONA TR P SEQ# 038822 | $28.00 | | $2,026.92 |
| 12/24/2020 | POS Purchase AZ 800-253-9405 ARIZONA PUBLIC IC SEQ# 099111 | $64.96 | | $1,961.96 |
| 12/24/2020 | POS Purchase AZ TEMPE MR APPLIANCE SC DA SEQ# 064122 | $89.00 | | $1,872.96 |

# ESSENTIAL-XXXXXX6165 (continued)
## CASE# 2:20-BK-06724-MCW

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/24/2020 | POS Purchase AZ 800-234-3993 COX PHOENIX COM RV SEQ# 062943 | $529.93 | | $1,343.03 |
| 12/24/2020 | Recur Payment CA 800-9220204 VZWRLSS* BILL PA N SEQ# 062639 | $322.12 | | $1,020.91 |
| 12/28/2020 | Mobile Check Deposit | | $633.14 | $1,654.05 |
| 12/28/2020 | POS Purchase NV 702-2404200 CENEGENICS PROG C SEQ# 039200 | $695.00 | | $959.05 |
| 12/28/2020 | CHECK # 1007 | $180.00 | | $779.05 |
| 12/29/2020 | POS Purchase AZ SCOTTSDALE FRYS-FOOD-DRG # 70 SEQ# 453817 | $105.21 | | $673.84 |
| 12/29/2020 | CHECK # 1008 | $400.00 | | $273.84 |
| 12/30/2020 | DEPOSIT | | $5,000.00 | $5,273.84 |
| 12/31/2020 | SERVICE CHARGE REFUND | | $7.95 | $5,281.79 |
| 12/31/2020 | POS Purchase AZ PHOENIX COSTCO WHSE #04 SEQ# 947419 | $28.90 | | $5,252.89 |
| 12/31/2020 | POS Purchase AZ PHOENIX COSTCO WHSE #04 SEQ# 357763 | $163.03 | | $5,089.86 |
| 12/31/2020 | SERVICE CHARGE | $7.95 | | $5,081.91 |
| **12/31/2020** | **Ending Balance** | | | **$5,081.91** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 1007 | 12/28/2020 | $180.00 | 1008 | 12/29/2020 | $400.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/01/2020 | $2,581.96 | 12/14/2020 | $687.26 | 12/23/2020 | $2,054.92 |
| 12/02/2020 | $2,056.96 | 12/15/2020 | $2,015.32 | 12/24/2020 | $1,020.91 |
| 12/03/2020 | $1,604.53 | 12/16/2020 | $1,886.03 | 12/28/2020 | $779.05 |
| 12/07/2020 | $1,546.83 | 12/17/2020 | $3,092.42 | 12/29/2020 | $273.84 |
| 12/09/2020 | $977.19 | 12/18/2020 | $2,529.91 | 12/30/2020 | $5,273.84 |
| 12/10/2020 | $794.90 | 12/21/2020 | $2,218.36 | 12/31/2020 | $5,081.91 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

### Service Charge Summary

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR SERVICE CHARGE: | $7.95 |
| Total Service Charge | $7.95 |