# Exhibit 1

**Fill in this information to identify the case:**

Debtor 1    PAUL OLIVA PARADIS

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    District of Arizona

Case number    2:20-bk-06724-PS

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense.** Make such a request according to 11 U.S.C. § 503.

Filers must leave out or **redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309)** that you received.

| **Part 1:** | **Identify the Claim** |
| --- | --- |

**1. Who is the current creditor?**

City of Los Angeles
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Michael A. Jones/Allen Barnes & Jones, PLC
Name

1850 N. Central Ave., Suite 1150
Number       Street

Phoenix                    AZ              85004
City                          State             ZIP Code

Contact phone  602-256-6000

Contact email  mjones@allenbarneslaw.com

**Where should payments to the creditor be sent?** (if different)

Joseph A. Brajevich/L.A. Dept. of Water & Power
Name

221 N. Figueroa St., Tenth Floor
Number       Street

Los Angeles                CA              90012
City                          State             ZIP Code

Contact phone  213-367-4598

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☐ No
☑ Yes.  Claim number on court claims registry (if known)  14

Filed on  08/12/2020
           MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing?

6. **Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

7. **How much is the claim?** $ <u>At least $21,900,000</u> . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

<u>See attached</u>

9. **Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

10. **Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

11. **Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No | | |
|---|---|---|---|
| | ☐ Yes. *Check one:* | | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  10 / 22 / 2020
MM / DD / YYYY

*(signature)*
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Kathleen Kenealy | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Chief Deputy | | |
| Company | Los Angeles Department of Water & Power | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 221 N. Figueroa St., Tenth Floor | | |
| | Number        Street | | |
| | Los Angeles | CA | 90012 |
| | City | State | ZIP Code |
| Contact phone | 213-367-4598 | Email | |

*In re Paul Oliva Paradis* **- 2:20-bk-06724-PS**

The City of Los Angeles, including by and through its Department of Water and Power (collectively, the "**City**"), hereby submits this Amended Proof of Claim Attachment in support of its claim against Paul Oliva Paradis ("**Debtor**") in an amount of no less than $21,900,000. This Amended Proof of Claim supplements and amends the City's existing proof of claim filed on August 12, 2020. Claim 14. In 2010, the City awarded PricewaterhouseCoopers, LLP ("**PwC**") a contract to modernize and implement its Customer Care and Billing System ("**CC&B System**"). Ratepayers filed six class action lawsuits against the City related to the CC&B System, one of which was *Antwon Jones v. The City of Los Angeles*, Los Angeles Superior Court Case No. BC BC577267 ("**Jones Action**").

In 2015, the City retained the Debtor, through his law firm Paradis Law Group, PLLC ("**PLG**"), as special counsel to recover damages against PwC related to the CC&B System. PLG and the Debtor thereafter commenced suit on the City's behalf in *The City of Los Angeles vs. Pricewaterhouse Coopers LLP*, Los Angeles Superior Court Case No. BC574690.

In 2015, the parties to the Jones Action agreed to a settlement, which they submitted to the Court for approval. Among the terms of the settlement in the Jones Action were requirements that the City remediate the defective CC&B System within 18 months. On October 20, 2015, the City entered into a contract with PLG ("**PLG Management Contract**") where PLG would be paid $1.2 million for "project managements services" relating to remediation of the CC&B System. PLG Management Contract attached as **Exhibit A**. The Debtor appointed himself as the lead Project Manager under the PLG Management Contract.

The Debtor advised the City that the department lacked internal resources to provide adequate project management, oversee IT changes necessary for the project's success, and which could jeopardize the City's ability to comply with the terms of the settlement from the Jones Action. Accordingly, in 2017, the Debtor was awarded a three-year, $30 million contract for his entity, Aventador Cyber Solutions, LLC, for, among other services, continued CC&B System remediation ("**Aventador**" and the "**Aventador Contract**"). Aventador Contract attached hereto as **Exhibit B**.

Aventador, now Ardent, received $21.9 million under the Aventador Contract in violation of Cal. Gov. Code § 1090, which strictly prohibits individuals performing a public function from participating in the award of a governmental contract in favor of any entity in which that individual has a financial interest. On March 4, 2019, the Court overseeing the Jones Action entered an order prohibiting the City from making further payments to the Debtor or any entity he owned or controlled, including Aventador. Order, attached hereto as **Exhibit C**. The Aventador Contract is void under Cal. Gov. Code § 1090 and the City is entitled to a claim against the Debtor for $21.9 million plus interest thereon.

In connection with the PLG Management Contract and the Aventador Contract, the Debtor submitted false billing statements. The amounts paid to benefit the Debtor on account of false claims are recoverable under California law. As a direct and proximate result of the Debtor's violations, the City is entitled to civil penalties against Paradis per violation, treble

damages and punitive damages under California Civil Code section 3294, in an amount according to proof and sufficient to deter future misconduct.

The City does not waive, and hereby expressly reserves, its right to supplement and amend this proof of claim from time to time, as it may deem necessary or appropriate. The City reserves any and all rights of setoff or recoupment under the Bankruptcy Code or other applicable law. Additionally, the City does not waive, and hereby expressly reserves, its right to file additional claims for other or additional amounts, including but not limited to, unsecured, unsecured priority, and administrative expense claims at the appropriate time.

The filing of this claim shall not constitute or be deemed to be a waiver or release of any claims or rights of the City against any other person or entity liable for all or a part of the claim described herein, including, but not limited to, any claim that the property of any non-debtor, related or affiliated entity or person, secures the obligations owing from the Debtor to the City. Furthermore, this claim shall not be construed as an admission or an acknowledgement of the status of any of the parties' positions thereunder.

# Exhibit A



PROFESSIONAL SERVICES AGREEMENT NO. 47361-6

Paradis Law Group, PLLC

October 19, 2015

# TABLE OF CONTENTS

**ARTICLE I - INTRODUCTION**
1.1   Parties to the Agreement
1.2   Service of Notices

**ARTICLE II - TERM OF THE AGREEMENT**
2.1   Term of the Agreement
      2.1.1   Extension Options

**ARTICLE III – TIME**

**ARTICLE IV – COMPENSATION AND PAYMENT**
4.1   Compensation
      4.1.1   Not-to-Exceed Amount
      4.1.2   Authorized Expenditures
4.2   Allowable Fees and Costs
      4.2.1   RESERVED
      4.2.2   Reimbursement of Travel Expenses
      4.2.3   RESERVED
      4.2.4   RESERVED
4.3   Method of Payment
      4.3.1   Required Invoice Information
      4.3.2   Time and Material Invoices
      4.3.3   Fixed Price Invoices
      4.3.4   Notice of Items Not Approved for Payment
      4.3.5   Notification of Status of Expenditures
      4.3.6   Timely Invoicing
      4.3.7   Maximum Authorized Amount

**ARTICLE V – PROVISION OF SERVICES**
5.1   Services to be Provided by the Consultant
      5.1.1   Description of Consultant Services
      5.1.2   LADWP Approval of Work
      5.1.3   Industry Standard of Care
5.2   Consultant Personnel
      5.2.1   Key Consultant Personnel
      5.2.2   Unavailability of Key Personnel
      5.2.3   Removal of Consultant Personnel

**ARTICLE VI - OWNERSHIP**
6.1   Ownership Rights
      6.1.1   Use of Deliverables
      6.1.2   Execution of Ownership Documents

6.2    Warrant Against Infringement
6.3    Survival of Provisions

ARTICLE VII - CONFIDENTIALITY AND RESTRICTIONS ON DISCLOSURE
7.1    Confidentiality
7.2    Reference Checks

ARTICLE VIII - TERMINATION AND SUSPENSION
8.1    Termination for Convenience
8.2    Termination for Cause
8.3    Suspension of Work
8.4    Termination Transition

ARTICLE IX - AMENDMENTS AND ADMINISTRATIVE CHANGES TO THE AGREEMENT
9.1    Amendments
       9.1.1   Request for Amendment
       9.1.2   Development of Amendments
       9.1.3   Approval and Authorization of Amendments
9.2    Administrative Changes
       9.2.1   Request for Administrative Changes
       9.2.2   Development of Administrative Changes
       9.2.3   Approval and Authorization of Administrative Changes
9.3    Order of Precedence

ARTICLE X - DISPUTES
10.1   Disputes
       10.1.1 Dispute Resolution
       10.1.2 Continued Work
       10.1.3 Claim Procedures

ARTICLE XI - ENTIRE AGREEMENT
11.1   Complete Agreement
11.2   Number of Pages and Attachments
11.3   Represented by Counsel

**EXHIBITS**

Exhibit A    General Conditions (Services)
Exhibit B    Special Provisions
Exhibit C    Fee Schedule
Exhibit D    Allowable Travel Expenses
Exhibit E    RESERVED
Exhibit F    List of Key Consultant Personnel
Exhibit G    RESERVED
Exhibit H    Statement of Work
Exhibit I    RESERVED
Exhibit J    Confidentiality Agreement for LADWP Proprietary Information

## AGREEMENT NUMBER 47361-6

### BETWEEN
### THE CITY OF LOS ANGELES DEPARTMENT OF WATER AND POWER
### AND
### PARADIS LAW GROUP, PLLC

**THIS AGREEMENT** is made and entered into by and between the City of Los Angeles acting by and through its Department of Water and Power, a municipal corporation, (hereinafter "LADWP") and Paradis Law Group, PLLC, a New York professional limited liability corporation (hereinafter the "Consultant" or "Contractor"). Individually, LADWP and Consultant are referred to under this Agreement as a "Party" and collectively as the "Parties."

In consideration of the mutual covenants of the parties as set forth below, the parties hereby agree as follows:

### ARTICLE I: PARTIES AND NOTICE

**1.1 Parties to the Agreement**
The Parties to this Agreement are:

Los Angeles Department of Water and Power (LADWP)
111 North Hope Street
Los Angeles, California 90012

**and**

Paradis Law Group, PLLC
570 Seventh Avenue, 20th Floor
New York, NY 10018

**1.2 Service of Notices**

All notices, demands and communications regarding the interpretation of the terms of this Agreement or changes thereto shall be made in writing and may be effected by personal delivery or by certified mail, overnight carrier, or confirmed facsimile and shall be deemed communicated as of the date of delivery or the date of mailing, whichever is applicable, or in the case of a facsimile or email, upon receipt if transmitted during the receiving Party's normal business hours, otherwise on the first business day following receipt.

Case 2:20-bk-06724-PS S Doc 44811 Filed 04/01/22 25/20 Entered 04/01/22 10:61:19 Desc
Exhibit Exhibit Page 8 of 1 66 Page 12 of 55

If the name or address of the person(s) designated to receive notices, demands or communications, is changed, or additional persons are added to receive notices, demands or communications, written notice shall be given to the other Party, in accord with this article, of said change.

The authorized representatives to receive said notices shall be:

Authorized representatives of LADWP:

> Mr. David H. Wright
> Chief Administrative Officer
> Los Angeles Department of Water and Power
> 111 North Hope Street, Room 1520
> Los Angeles, California 90012
> Phone Number: (213)367-1405
> Email Address: David.Wright@ladwp.com

Authorized representatives of the Consultant:

> Mr. Paul O. Paradis
> Project Manager
> Paradis Law Group, PLLC
> 570 Seventh Avenue, 20th Floor
> New York, NY 10018
> Phone Number: (212)986-4500
> Email Address: pparadis@plgnyc.com

## ARTICLE II: TERM OF THE AGREEMENT

### 2.1 Term of the Agreement

The term of this Agreement shall commence upon execution of this Agreement by all Parties hereto and shall terminate eight (8) months thereafter, subject to the termination provisions herein.

#### 2.1.1 Extension Options

At LADWP's sole option, the term of this Agreement may be extended for up to an additional four (4) months, exercisable in four (4) month increments, or any portion thereof.

Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Project Management Services – Customer Information System Remediation

Page 2

Case 2:20-bk-06724-PS  Doc 44-1  Filed 04/01/22  Entered 04/01/22 10:51:19  Desc
Exhibit Exhibit Page 9 of 66  Page 13 of 55

## ARTICLE III: TIME

LADWP and the Consultant understand and agree that "Time is of the Essence" in performance of this Agreement.

## ARTICLE IV: COMPENSATION AND PAYMENT

### 4.1 Compensation

#### 4.1.1 Not-to-Exceed Amount

The total compensation that may be paid to the Consultant by LADWP for complete and satisfactory performance of services under this Agreement shall not exceed one million three hundred four thousand and ninety dollars ($1,304,090).

#### 4.1.2 Authorized Expenditures

Of the total amount of compensation included in Article 4.1.1 above, LADWP shall pay the Consultant for services performed, tasks implemented, and deliverables provided as specified in Article 4.2, Allowable Fees and Costs of this Agreement. LADWP shall not be liable for payment of monies unless there is a document outlining performed services, completed tasks, and provided deliverables that are approved by LADWP's authorized representative(s) identified in Article 1.1 of this Agreement. Therefore, there is no guarantee that the Consultant shall receive any amount of work during the term of this Agreement and signed by both Parties.

### 4.2 Allowable Fees and Costs

LADWP shall pay for services at the rates established in **Exhibit C, Fee Schedule** and in accordance with the tasks, milestones, or phases of the project as established in **Exhibit H, Statement of Work**, of this Agreement and based upon the Consultant labor rates established in **Exhibit C, Fee Schedule**, which is attached hereto and made a part hereof. Such labor rates are inclusive of salary, employee benefits, overhead, profit, general office expenses, administrative services, invoice preparation and processing, routine telecommunications, internet, personal computer, facsimile, routine postage, individual shipping charges of less than ten dollars ($10.00), incidental copying, one hard copy of deliverables, and one electronic copy of deliverables costs.

Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Project Management Services – Customer Information System Remediation

Page 3

**4.2.1  RESERVED**

**4.2.2  Reimbursement of Travel Expenses**

When applicable, travel expenses necessary to perform required work for LADWP must be pre-approved by LADWP. LADWP approved travel expenses shall be paid at the actual cost of such expenses, consistent with **Exhibit D, Allowable Travel Expenses**, which is attached hereto and made a part hereof. No markup by the Consultant or Subconsultant of any tier for travel expenses shall be allowed.

**4.2.3  RESERVED**

**4.2.5  RESERVED**

**4.3  Method of Payment**

Payment for Consultant services shall be made in accordance with the rates established in **Exhibit C, Fee Schedule**, and pursuant to the tasks, milestones, or phases of the project as established in **Exhibit G, Statement of Work**. The Consultant shall submit invoices to LADWP in accordance with the rates established in **Exhibit C, Fee Schedule** and pursuant to the tasks, milestones, or phases of the project as established in **Exhibit H, Statement of Work**, with the billings against performed service(s) tracked separately. Each invoice shall be accompanied by a statement detailing the services performed, tasks completed and the deliverables provided for which payment is requested, supporting documentation, and the LADWP Monthly Subcontractor Utilization Form, or its successor reporting format.

**4.3.1  Required Invoice Information**

A hard copy of the invoice shall be submitted to Accounts Payable Section, Department of Water and Power, City of Los Angeles, PO Box 51211, Room 424, Los Angeles, CA 90051-5511. An electronic copy of the invoice must be concurrently submitted and emailed to DWPAgreementInvoices@ladwp.com, and invoices shall be submitted to:

> Mr. David H. Wright
> LADWP, JFB, Room 1520
> P.O. Box 5111
> Los Angeles, CA  90051-5700

Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Project Management Services – Customer Information System Remediation

Page 4

The following information shall be included in each invoice submitted by the Consultant to LADWP:

1. Consultant name, address, and vendor code number as registered on LADWP vendor database
2. City of Los Angeles Business Tax Registration Number
3. Internal Revenue Service ID Number
4. Date of invoice
5. Invoice number
6. Contract number
7. Summary of performed services, including amount of current invoice, total invoiced to date, total amount, percent of total service completed, and percent of total service completed voiced to date, and the end date of the service.
8. Description of services and deliverables provided related to performed services and associated costs
9. Supporting documentation for all costs and expenses, in a format acceptable to LADWP
10. Following certification statement signed by the Consultant: "I hereby certify, under penalty of perjury, that the services rendered and billings reflected in this invoice are true, accurate and in conformance with the terms of this Agreement, including but not limited to the Living Wage Ordinance, Los Angeles Administrative Code Section 10.37 et. Seq."
11. Taxes
12. Total amount of invoice
13. Approval signature blocks for LADWP project manager and LADWP authorized representative(s) identified in Article 1.1, Representative(s) of the Parties and Service of Notices, of this Agreement

The following specific language in the invoices/bills is acceptable: "Consultant certifies that all work performed for which this invoice/bill is submitted which required access to critical facilities as designated by LADWP was conducted by an individual(s) and for whom no disqualifying information (including felonies, offenses or moral turpitude, and other disqualifying criteria, if any, as specified in the Agreement between the Consultant and LADWP) has been found."

Consultant's failure to submit accurate and all required information shall result in LADWP's rejection of the invoice and non-payment.

Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Project Management Services – Customer Information System Remediation

Page 5

Case 2:20-bk-06724-PS Doc 448 Filed 05/01/22 Entered 04/01/22 10:61:19 Desc
Exhibit Exhibit Page Part of 66 Page 16 of 55

### 4.3.2 Time and Material Invoices

For services specifying a time and materials method of payment, the Consultant shall invoice LADWP on a monthly basis for costs and expenses. The Consultant shall provide documents supporting costs and expenses, including original receipts or invoices for expenses in excess of $25.00, summary of total hours worked by specified individual Consultant employees and the applicable hourly rate, and time sheets or payroll records as appropriate to support individual employee hours worked, with each monthly invoice. Payment shall be made within forty-five (45) calendar days of receipt of the Consultant's invoice prepared in accordance with the requirements of Article 4.3.1 of this Agreement.

### 4.3.3 Fixed Price Invoices

For services specifying a fixed price method of payment, payment shall be made within forty-five (45) calendar days after review and approval of the deliverable by LADWP or receipt of the Consultant's invoice prepared in accordance with the requirements of Article 4.3.1, whichever is later.

### 4.3.4 Notice of Items Not Approved for Payment

LADWP's project manager will review the Consultant invoice within fifteen (15) working days and notify the Consultant in writing of any missing or required additional documents, questioned costs, inaccuracies, or concerns.

In the event that any deliverables, labor, or reimbursable expenses invoiced by the Consultant are not approved for payment, LADWP shall provide the Consultant with detailed comments addressing the shortfalls or costs of concern and shall meet with the Consultant to discuss such issues. Any disputes between LADWP and the Consultant regarding invoices costs and expenses shall be resolved in accordance with Article XI, Disputes, of this Agreement. LADWP shall pay undisputed invoice amounts.

### 4.3.5 Notification of Status of Expenditures

The Consultant shall notify LADWP in writing when costs reach 50 and 75 percent of the total amount of requested service. Such notice shall include an assessment of whether or not the requested service can be completed within the authorized expenditure amount, and if not the Consultant shall propose suggested modifications to the requested

Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Project Management Services – Customer Information System Remediation

Page 6

Case 2:20-bk-06224-PS   Doc 44-1   Filed 04/01/22   Entered 04/01/22 10:11:19   Desc
Exhibit Exhibit Page 17 of 55

service for consideration by LADWP. Failure of the Consultant to provide such written notification may result in late payment of invoices by LADWP.

The notice shall state the estimated amount of additional funds required to continue performance for the period specified in the Schedule. At the time of the Notice, the Consultant shall notify the Authorized Representative in writing of the estimated amount of additional funds, if any, required to continue timely performance under the Agreement, and when the funds will be required.

If, after notification, additional funds are not approved by the end of the Agreement period or another agreed-upon date, upon the Consultant's written request the LADWP Authorized Representative may in its sole discretion terminate the Agreement.

### 4.3.6 Timely Invoicing

All charges related to the performance of the Consultant's work or services for any service, including Subconsultant and other reimbursable expenses, shall be invoiced by the Consultant to LADWP within six (6) months of the cost or expenses being incurred by the Consultant or Subconsultant. LADWP shall not reimburse the Consultant for any costs, expenses, work, or services invoiced to LADWP six (6) months after the date the costs were incurred by the Consultant or Subconsultant.

### 4.3.7 Maximum Authorized Amount

Notwithstanding any other provision of this Agreement, any changes or additions hereto that would increase LADWP's total obligation above the maximum authorized amount set forth in Article 4.1.1 of this Agreement shall be subject to prior approval by the Board of Water and Power Commissioners. LADWP shall not be obligated to pay for work performed by the Consultant for any such changes made in violation of this Agreement.

### ARTICLE V: PROVISION OF SERVICES

### 5.1 Services to be Provided by the Consultant

During the term of this Agreement, the Consultant shall provide the services, tasks, and deliverables identified in the **Statement of Work (Exhibit H)** included herein, authorized by LADWP in this Agreement.

Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Project Management Services – Customer Information System Remediation

Page 7

### 5.1.1 Description of Consultant Services

Consultant shall provide the services described in **Exhibit H.**

Notwithstanding any other provision of this Agreement, the Consultant shall perform such other work and deliver such other items as are necessary to ensure that the services and deliverables provided under this Agreement meet the requirements set forth in this Agreement, including all Exhibits.

### 5.1.2 LADWP Approval of Work

All services, work, tasks, and deliverables are subject to LADWP approval, which approval shall not be unreasonably withheld. Failure to receive approval may result in withholding compensation for such services, work, tasks, and deliverables pursuant to Article IV, Compensation and Payment, of this Agreement.

LADWP reserves the right to contract with other consultants to review the Consultant's deliverables and other work products produced in accordance with the terms of this Agreement. If LADWP contracts with other consultants to assist LADWP in reviewing the Consultant's deliverables and other work products, the Consultant agrees to cooperate fully and coordinate with such other consultants.

The Consultant shall provide access and make available to LADWP the Consultant's internal documents, reports, and reviews directly related to the work being performed pursuant to this Agreement, such as Project Schedule related documents and performance and project management audits.

### 5.1.3 Industry Standard of Care

The Consultant shall perform the work described herein in accordance with industry standards of care and shall reflect competent professional knowledge and judgment.

## 5.2 Consultant Personnel

### 5.2.1. Key Consultant Personnel

Key Consultant personnel to be assigned to this Agreement are identified in the **List of Key Consultant Personnel** set forth in **Exhibit F.** Key

Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Project Management Services – Customer Information System Remediation

Page 8

Consultant Personnel shall be available to perform under the terms and conditions of this Agreement immediately upon commencement of the term of this Agreement.

The Consultant shall not reassign any key personnel without LADWP's prior written consent. LADWP shall review and approve or disapprove any personnel who are designated as key personnel in **Exhibit F** for any reason at its sole discretion. LADWP shall act reasonably in exercising its discretion to approve or disapprove any key personnel.

### 5.2.2 Unavailability of Key Personnel

In the event individual key personnel listed in **Exhibit F** are terminated either with or without cause, or if individual key personnel are otherwise unavailable to perform services for the Consultant, the Consultant shall provide to LADWP written notification detailing the circumstances of the unavailability. The written notification shall designate replacement personnel prior to the effective date of individual key personnel termination or unavailability date, to the maximum extent feasible, but no later than five (5) business days after the effective date of the individual key personnel termination or unavailability. The Consultant shall propose replacement personnel who have a level of experience and expertise equivalent to the unavailable individual key personnel for LADWP review and approval.

The Consultant recognizes and agrees that early notification of the unavailability of key Consultant personnel and proposed replacement personnel is essential to avoiding delays in completing the services, work, tasks, and deliverables established in this Agreement since the award of this agreement was predicated upon the competency of the Key Personnel provided.

### 5.2.3 Removal of Consultant Personnel

LADWP shall have the right, in its absolute discretion, to require the removal of Consultant's personnel at any level assigned to the performance of the Services or Work, if LADWP considers such removal necessary in the best interests of the Program and requests such removal in writing. Such personnel shall be promptly removed from the Project by the Consultant at no cost or expense to LADWP. Further, an employee who is removed from the Project for any reason shall not be re-employed on the Project.

Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Project Management Services – Customer Information System Remediation

Page 9

Case 2:20-bk-00224-PS Doc 44844 Filed 04/01/22/22/20ered 04/01/22 10:51:19 Desc
Exhibit Exhibit Page 1 of 66 Page 20 of 55

**5.3   RESERVED**

## ARTICLE VI: OWNERSHIP

**6.1   Ownership Rights**

It is understood and agreed that the deliverables are being developed by the Consultant for the sole and exclusive use of LADWP and that LADWP shall be deemed the sole and exclusive owner of all right, title, and interest therein, including all copyright and proprietary rights relating thereto. All work performed by the Consultant on deliverables and any supporting documentation therefor shall be considered as "Works-Made-for-Hire" (as such are defined under the U.S. Copyright Laws and international treaties) and, as such, shall be owned by and for the benefit of LADWP. LADWP owns any and all trademarks, patents, copyrights, and any other intellectual property rights for any and all deliverables generated as a result of this Agreement, regardless of the state of completion of said deliverables.

In the event it should be determined that any such deliverables or supporting documentation, or parts thereof, do not qualify as a "Works-Made-for-Hire," the Consultant shall and hereby does transfer and assign to LADWP for no additional consideration, all rights, title, and interest that it may possess in such deliverables and documentation including, but not limited to, all copyrights to the work and all rights comprised therein, and all proprietary rights relating thereto. Upon request, the Consultant shall take such steps as are reasonably necessary to enable LADWP to record such assignment. Further, the Consultant shall contractually require all persons performing under this Agreement, including all Subconsultants, to assign to LADWP all rights, title, and interest, including copyrights to all such "Works-Made-for-Hire."

### 6.1.1   Use of Deliverables

LADWP has the right to use or not use the deliverables and to use, reproduce, re-use, alter, modify, edit, or change the deliverables as it sees fit and for any purpose. If LADWP determines that a deliverable, or any part thereof, requires correction prior to LADWP approval, LADWP has the absolute right to use the deliverable until such time as the Consultant can remedy the identified deficiency.

### 6.1.2   Execution of Ownership Documents

The Consultant shall sign, upon request, any documents needed to confirm that the deliverables or any portion thereof are

Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Project Management Services – Customer Information System Remediation

Page 10

"Works-Made-for-Hire" and to effectuate the assignment of its rights to LADWP.

## 6.2 Warranty Against Infringement

The Consultant warrants that the performance of the services by the Consultant or its Subconsultants of any tier, pursuant to this Agreement, shall not in any manner constitute an infringement or other violation of any trademark, copyright, patent and/or trade secret of any third party.

## 6.3 Survival of Provisions

The provisions of this Article VI, Ownership, shall survive termination and expiration of this Agreement.

## ARTICLE VII: CONFIDENTIALITY AND RESTRICTIONS ON DISCLOSURE

## 7.1 Confidentiality

All documents, records, and information provided by LADWP to the Consultant, or accessed or reviewed by the Consultant, during performance of this Agreement shall remain the property of LADWP. All documents, records and information provided by LADWP to the Consultant, or accessed or reviewed by the Consultant during performance of this Agreement, are deemed confidential. The Consultant agrees not to provide these documents and records, nor disclose their content or any information contained in them, either orally or in writing, to any other person or entity other than as required in order to fulfill any legal requirements or Court Orders. In addition, nothing herein shall operate to prevent the Consultant from fulfilling its contractual duties under any other contract with the City of Los Angeles. The Consultant agrees that all documents, records, or other information used or reviewed in connection with the Consultant's work for LADWP shall be used only for the purpose of carrying out LADWP business and cannot be used for any other purpose. The Consultant shall be responsible for protecting the confidentiality and maintaining the security of LADWP documents, records, and information in its possession. The provisions of this Article VII, Confidentiality and Restrictions on Disclosure shall survive termination and expiration of this Agreement.

## 7.2 Reference Checks

To the extent permitted by applicable law, LADWP may conduct reference checks on the Consultant, its employees, and agents who shall have, or may have, access to LADWP customer, employee, power system, or water system information and data during performance of this Agreement. The Consultant recognizes the highly sensitive nature of such information and data and agrees to cooperate with LADWP and provide, to the extent permitted by applicable

Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Project Management Services – Customer Information System Remediation

Page 11

law, whatever information LADWP requires in order to conduct reference checks. LADWP may request changes to Consultant personnel pursuant to Article 5.2.1 of this Agreement in response to reference check information, and the Consultant shall accommodate such request for personnel changes.

## ARTICLE VIII: TERMINATION AND SUSPENSION

### 8.1 Termination for Convenience

#### 8.1.1 Notice of Termination

LADWP may terminate this Agreement, or any part hereof, for its convenience upon giving at least thirty (30) calendar days written notice to the Consultant prior to the effective date of such termination, which date shall be specified in such notice.

#### 8.1.2 Receipt of Notice of Termination

After receipt of a notice of termination and except as otherwise directed by LADWP, the Consultant shall:

 A. Stop work under the Agreement on the termination effective date and to the extent specified in the notice of termination.

 B. Place no further orders with Subconsultants for any work except as may be necessary for completion of such portions of the services or work expressly excluded from the Notice of Termination.

 C. Communicate any Notice of Termination to the affected Subconsultants at any tier.

 D. Terminate all orders and contracts with subconsultants that relate to the performance of the services or work.

 E. Settle outstanding liabilities and claims arising out of such termination of orders and contracts with subconsultants, with the acceptance of LADWP if required (which acceptance will be for the final purposes of this Article).

 F. Deliver to LADWP, within ten (10) calendar days after termination, any and all data, reports, other documents, and deliverables, or

Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Project Management Services – Customer Information System Remediation

Page 12

Case 2:20-bk-06724-PS  Doc 448-1  Filed 05/01/22  Entered 04/01/22 10:51:19  Desc
Exhibit Exhibit A  Page 49 of 66   Page 23 of 55

portions thereof, if any, prepared pursuant to this Agreement, but not already delivered.

G.    Transfer title to LADWP (to the extent that title has not already been transferred) in the manner and at the times and to the extent directed by LADWP, the work in process, completed work, and other material produced as part of or required in respect to performance of this Agreement.

H.    Comply with any other requirements of LADWP as may be specified in the Notice of Termination.

### 8.1.3  Amount Due

The amount due the Consultant by reason of termination for LADWP's convenience shall be determined as follows:

A.    The Consultant shall be paid on the basis of completed tasks and provided deliverables as set forth in **Exhibit H Statement of Work** and **Exhibit C, Fee Schedule** after LADWP reviews and approves of the work.

B.    The Consultant shall also be compensated by LADWP on a percentage completed basis of the applicable Deliverables for work in process, when appropriate, after LADWP review and approval of the work.

C.

## 8.2    Termination for Cause

LADWP may terminate this Agreement for cause by giving the Consultant a written notice of breach. The Consultant shall have ten (10) calendar days from the date of LADWP's notice of breach to cure, or diligently commence to cure such breach. LADWP's notice of breach shall include a time and location for the individuals identified in Article 1.1 of this Agreement to meet and discuss the notice of the breach. Such meeting shall be scheduled within ten (10) calendar days of the date of the notice of breach. If the Consultant is unable or unwilling to cure, or diligently commence to cure, such breach, or meet within the ten (10) day timeframe, LADWP may terminate this Agreement anytime thereafter upon providing the Consultant written notice.

If this Agreement is terminated for cause, the Consultant shall comply with Article 8.1.2, above. LADWP shall pay for LADWP accepted deliverables, less the

Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Project Management Services – Customer Information System Remediation

Page 13

Case 2:20-bk-06724-PS  Doc 448-1  Filed 04/01/22  Entered 04/01/22 16:11:9  Desc
Exhibit Exhibit Page 20 of 66  Page 24 of 55

amount of any damages incurred as a result of the Consultant's failure to perform its responsibilities under this Agreement.

### 8.3  Suspension of Work

Upon written notice, LADWP may direct the Consultant to suspend, and to subsequently resume performance of all or any of the work. In the event that LADWP suspends work, the service under this Agreement and budget shall be adjusted.

### 8.4  Termination Transition

When a replacement Consultant has been identified, the Consultant shall provide reasonable cooperation in the transition of its responsibilities to the replacement Consultant selected by LADWP to perform the tasks described in the scope of work and formerly performed by the Consultant for this Agreement during the fifteen (15) calendar day period prior to termination of the Agreement. The Consultant for this Agreement shall accept no additional tasks with respect to the scope of work after the effective date of the termination.

## ARTICLE IX: AMENDMENTS AND ADMINISTRATIVE CHANGES TO THE AGREEMENT

### 9.1  Amendments

#### 9.1.1  Request for Amendment

During the term of this Agreement, LADWP shall have the right to request an Amendment to change the terms of this Agreement, including changes in the services to be performed by the Consultant, extension of the term, and any increase or decrease in the amount of compensation authorized in Article 4.1 of this Agreement. LADWP shall make a formal written request with respect to the Amendment.

#### 9.1.2  Development of Amendments

Within ten (10) calendar days following the Consultant's receipt of LADWP's written request for an Amendment, the Consultant, at its own expense, shall prepare and deliver to LADWP a detailed written statement regarding the implementation and impact of the Amendment.

Upon LADWP's review of the Consultant's written response to the request for an Amendment, LADWP and Consultant shall cooperatively

Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Project Management Services – Customer Information System Remediation

Page 14

work to develop an Amendment to the Agreement. To that end, informal exchanges between the Consultant and LADWP are encouraged.

### 9.1.3   Approval and Authorization of Amendments

Amendments shall be incorporated into this Agreement by a written approval properly executed and signed by the General Manager and the person(s) authorized to bind the Consultant thereto. LADWP shall deliver the fully executed Amendment.

Amendments that result in an Agreement term of greater than three (3) years in the aggregate may require City Council approval pursuant to Section 373 of the Charter of the City of Los Angeles (hereinafter "City Charter").

## 9.2   Administrative Changes

### 9.2.1   Request for Administrative Changes

During the term of this Agreement, LADWP or the Consultant shall have the right to request changes to the work within the Agreement that are administrative in nature, including but not limited to changes to the authorized representatives, key Consultant, reporting documentation, and/or the implementation of pre-approved cost of living adjustments in fee schedules. LADWP or the Consultant shall make a formal written request with respect to each administrative change it desires to make.

### 9.2.2   Development of Administrative Changes

When a change is requested by either Party, the receiving Party will review the implementation and impact of the administrative change. Within ten (10) calendar days following the receipt of the written administrative change request, LADWP or the Consultant, at its own expense, shall prepare and deliver to the originating Party a detailed written statement regarding the implementation and impact of the administrative change.

Upon review of the written response to the administrative change request, LADWP and Consultant shall cooperatively work to develop an Administrative Change to the Agreement. To that end, informal exchanges between the Consultant and LADWP are encouraged.

Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Project Management Services – Customer Information System Remediation

Page 15

### 9.2.3 Approval and Authorization of Administrative Changes

Upon approval of the Administrative Change to the Agreement prepared pursuant to Article 9.2.2, LADWP's authorized representatives as identified in Article 1.1, of this Agreement, or their designee established in writing, shall deliver to the Consultant an Administrative Change authorization to the Agreement (hereinafter " Notice of Administrative Change") for execution, consistent with Article 1.2 of this Agreement.

## 9.3 Order of Precedence

In the event of any conflict between the terms of this Agreement and the terms of any exhibit, the terms of the exhibit shall control. In the event of any conflict between the following documents, all of which are hereby incorporated by reference into this Agreement, the order of precedence shall be as follows:

- Latest Amendment
- Agreement
- Latest Administrative Change
- Other reference documents
- Proposal response dated October 1, 2015

Except as otherwise specified, in the event of any conflict between the Special Provisions and the General Conditions contained herein, the Special Provisions will control.

## ARTICLE X: DISPUTES

### 10.1 Disputes

### 10.1.1 Dispute Resolution

The parties shall use their best efforts to resolve disputes under this Agreement. If a settlement cannot be reached, or in the event of default that could result in termination of this Agreement, LADWP and the Consultant shall schedule a meeting of the individuals identified in Article 1.1 in a good faith attempt to resolve the issues in dispute. Such a Dispute Resolution meeting shall be scheduled and held within ten (10) business days of written request by either party. The meeting shall allow for a detailed presentation of each Party's views on the issues and potential solutions to the dispute or default. If possible, the meeting should result in an agreed upon course of action to resolve the dispute or default.

Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Project Management Services – Customer Information System Remediation

Page 16

### 10.1.2 Continued Work

The Consultant and LADWP shall continue to perform work under the Agreement during any dispute.

### 10.1.3 Claim Procedures

The provisions of Sections 5.169 and 5.170 (Div. 5, Ch. 10, Art. 1) of the Los Angeles Administrative Code and Section 350 of the City Charter shall govern the procedure and rights of the Parties with regard to claims arising from this Agreement. Nothing herein shall be construed as a waiver of the claim requirements set forth in Government Code 900 *et. seq.*

## ARTICLE XI: ENTIRE AGREEMENT

### 11.1 Complete Agreement

This Agreement together with the Exhibits hereto completely and exclusively states the agreement of the parties regarding its subject matter and its terms govern, all prior proposals, agreements, or other communications between the parties, oral or written, regarding such subject matter. No verbal, or written agreement nor conversation with any officer or employee of either Party nor any or all prior proposals shall affect or modify any of the terms and conditions of this Agreement. This Agreement shall not be modified except as provided by Article X, Amendments and Administrative Changes to the Agreement, signed on behalf of LADWP and Consultant and by their duly authorized representatives. Any purported oral amendment to this Agreement shall have no effect.

### 11.2 Number of Pages and Attachments

This Agreement is executed in two (2) duplicate originals, each of which is deemed to be an original. This Agreement includes twenty-three (23) pages and seven (7) Exhibits, which constitute the complete understanding among the Parties.

### 11.3 Represented by Counsel

Each Party acknowledges that it was represented by counsel in the negotiation and execution of this Agreement.

[Signature page follows.]

Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Project Management Services – Customer Information System Remediation

Page 17

[Signature page follows.]

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed by their duly authorized representatives.

DEPARTMENT OF WATER AND POWER
OF THE CITY OF LOS ANGELES

PARADIS LAW GROUP, PLLC
*(Must be signed by two executives or officers of firm)*

By: _____
      MARCIE L. EDWARDS
      General Manager

By: _____
      Chairman of Board of Directors,
      President or Vice President

Date: _____

Date: _____

And: _____
      BARBARA E. MOSCHOS
      Secretary

By: _____
      Corporate Secretary or
      Chief Financial Officer

Date: _____

APPROVED AS TO FORM AND LEGALITY
MICHAEL N. FEUER, CITY ATTORNEY

OCT 19 2015

BY_____
      ERIK V. BROERSMA
      DEPUTY CITY ATTORNEY

Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Project Management Services – Customer Information System Remediation

Page 18

Vendor Code: 066751004
City Business Tax Registration Certificate Number: 0002856282-0001-1

Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Project Management Services – Customer Information System Remediation

Page 19

Case 2:20-bk-06274-PS Doc 44-1 Filed 04/01/22 Entered 04/01/22 10:51:19 Desc
Exhibit Exhibit Page 26 of 60 Page 30 of 55

**EXHIBIT A**
**General Conditions (Services)**

# TABLE OF CONTENTS

GC-1    Applicable Law, Interpretation, Enforcement and Severability
GC-2    Time of Effectiveness
GC-3    Integrated Agreement
GC-4    Amendment
GC-5    Force Majeure
GC-6    Waiver
GC-7    Independent Consultant
GC-8    Prohibition Against Assignment or Delegation
GC-9    Licenses and Certifications
GC-10   Non Discrimination/Equal Employment Practices/Affirmative Action
GC-11   Claims for Labor and Materials
GC-12   Los Angeles City Business Tax Registration Certificate Required
GC-13   Indemnification Provisions
GC-14   RESERVED
GC-15   Child Support Policy
GC-16   Service Contract Worker Retention Ordinance and Living Wage Policy
GC-17   Americans with Disabilities Act
GC-18   Retention of Records, Audit, and Reports
GC-19   LADWP's Recycling Policy
GC-20   Taxpayer Identification Number (TIN)
GC-21   Beneficiaries
GC-22   Consultant's Successors and Assigns
GC-23   Attorney's Fees and Costs
GC-24   Equal Benefits Ordinance
GC-25   Contractor Responsibility Program
GC-26   Bidder Campaign Contribution and Fundraising Restrictions
GC-27   Municipal Lobbying Ordinance
GC-28   Iran Contracting Act of 2010
GC-29   Contractor Performance Evaluation
GC-30   Errors and Omissions
GC-31   Safety
GC-32   Non-Interference

Rev. 10/08/2015
Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Exhibit A – General Conditions

## GC-1 Applicable Law, Interpretation, Enforcement and Severability

Each Party's performance hereunder shall comply with all applicable laws of the United States of America, the State of California, and the City of Los Angeles, including but not limited to laws regarding health and safety, labor employment, wage and hours, workers compensation, and licensing laws which affect employees. Consultant shall comply with new, amended, or revised laws, regulations, and/or procedures that apply to the performance of this Agreement. This Agreement was made and entered into in the City of Los Angeles and shall be governed by, interpreted and enforced in accordance with the laws of the State of California and the City of Los Angeles, without regard to conflicts of laws principles. All litigation arising out of, or relating to, this Agreement shall be brought in a State or Federal court in the County of Los Angeles in the State of California. The Parties irrevocably agree to submit to the exclusive jurisdiction of such courts in the State of California and waive any defense of *forum non conveniens*. If any part, term or provision of this Agreement shall be held invalid, void, illegal, unenforceable, or in conflict with any law of a federal, state or local government having jurisdiction over this Agreement, the validity of the remaining parts, terms or provisions shall not be affected or impaired thereby.

The provisions of this article shall survive the expiration or termination of this Agreement.

## GC-2 Time of Effectiveness

Unless otherwise provided, this Agreement shall take effect when all of the following events have occurred:

A. This Agreement has been signed on behalf of the Consultant by the person(s) authorized to bind the Consultant hereto.

B. This Agreement has been approved by the City Council or by the Board, inclusive of City Council review period, officer, or employee authorized to give such approval.

C. The Office of the City Attorney has indicated in writing its approval of this Agreement as to form and legality.

D. This Agreement has been signed on behalf of LADWP by the person designated by the Board, officer or employee authorized to enter into this Agreement.

## GC-3 Integrated Agreement

This Agreement sets forth all of the rights and duties of the Parties with respect to the subject matter hereof, and replaces any and all previous agreements and understandings, whether

Rev. 10/08/2015
Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Exhibit A – General Conditions

Page A2

written or verbal, relating hereto. This Agreement may be amended only as provided for in paragraph GC-5.

## GC-4 Amendment

All amendments hereto shall be in writing and signed on behalf of both Parties by the persons authorized to bind the Parties hereto.

## GC-5 Force Majeure

If either Party is unable to perform its obligations because of strikes, lockouts, labor disputes, embargos, acts of God, governmental regulations, judicial orders, enemy or hostile governmental action beyond the reasonable control of the Consultant or its Authorized Subconsultants ("Force Majeure"), and such event continues, or is expected to continue, for more than thirty (30) days, either Party may suspend unperformed services upon notice to the other party in writing, and such party's performance shall be suspended for the period equal to the period of time of such cause for suspension of performance. Both parties shall use reasonable efforts to mitigate the effect of a force majeure event. This section does not excuse either party's obligation to pay for services provided.

## GC-6 Waiver

A waiver of a default of any part, term, or provision of this Agreement shall not be construed as a waiver of any succeeding default or as a waiver of the part, term or provision itself. A Party's performance after the other Party's default shall not be construed as a waiver of that default.

## GC-7 Independent Consultant

The Consultant is acting hereunder as an independent Consultant and not as an agent or employee of LADWP or the City of Los Angeles, and all of the terms and conditions of this Agreement shall be interpreted in light of that relationship. The Consultant, including Consultant's Subconsultants, suppliers, employees, and agents, shall not represent or otherwise hold out itself or any of its directors, officers, partners, employees, or agents to be an agent or employee of LADWP for any purpose whatsoever. The Consultant shall not be entitled to any LADWP or City of Los Angeles benefits, including but not limited to, vacation, sick leave, Workers' Compensation, or pension.

## GC-8 Prohibition Against Assignment or Delegation

The Consultant may not, unless it has first obtained the written permission of LADWP:

    A. Assign or otherwise alienate any of its rights hereunder, including the right to payment; or

Rev. 10/08/2015
Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Exhibit A – General Conditions

Page A3

B.  Delegate, subcontract, or otherwise transfer any of its duties hereunder.

Such permission may be withheld at LADWP's sole discretion for any reason or no reason at all since the award of this Agreement was based upon the personal services to be provided by the Consultant

## GC-9  Licenses and Certifications

The Consultant and its officers, agents, and employees shall obtain and maintain all licenses, permits, certifications and other documents necessary for the Consultant's performance hereunder and shall pay any fees required therefore. Such licenses, permits, certifications shall be specific to the State of California or regional regulatory agencies, as applicable to Consultant's services, work, task, and deliverables pursuant to this Agreement. Consultant agrees to immediately notify LADWP of any suspension, termination, lapse, non-renewal, or restriction of such licenses, permits, certifications, or other documents.

## GC-10  Non Discrimination/Equal Employment Practices/Affirmative Action

A.  **Non Discrimination and Equal Employment Practices**

The Consultant shall not discriminate in employment practices against any employee or applicant for employment because of race, religion, national origin, sex, age, or physical handicap. The Consultant shall comply with the terms of the "Non-Discrimination and Equal Employment Practices" (2 pages) affidavit.

B.  **Affirmative Action Plan** *[if the contract is for **Non-Construction services** and is estimated at $100,000, use the following clause]*:

The Consultant shall have an Affirmative Action Plan on file with the Director of Supply Chain Services. The Consultant shall comply with the requirements of the City of Los Angeles and shall comply with the terms of the "Affirmative Action Plan" (3 pages) affidavit.

An Affirmative Action Plan shall be in effect and on file with LADWP for the duration of the contract period.

C.  **Affirmative Action Plan** *[if the contract is for **Construction services** and is estimated at $5,000, use the following clause]*

The Consultant shall have an Affirmative Action Plan on file with the Director of Supply Chain Services. The Consultant shall comply with the requirements of the City of Los Angeles and shall comply with the terms of the "Affirmative Action Plan" (5 pages) affidavit.

Rev. 10/08/2015
Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Exhibit A – General Conditions

Page A4

An Affirmative Action Plan shall be in effect and on file with LADWP for the duration of the contract period.

## GC-11    Claims for Labor and Materials

The Consultant shall promptly pay, when due, all amounts payable for labor and materials furnished in the performance of this Agreement so as to prevent any lien or other claim under any provision of law from arising against LADWP or City of Los Angeles or any of their respective property (including reports, documents, and other tangible matter produced by the Consultant hereunder), against the Consultant's rights to payments hereunder, and shall pay all amounts due under the Unemployment Insurance Act with respect to such labor.

## GC-12    Los Angeles City Business Tax Registration Certificate Required

The Consultant represents that it has obtained and presently holds a Business Tax Registration Certificate(s) required by the City of Los Angeles Business Tax Ordinance (Article 1, Chapter II, Article 21.00 and following, of the Los Angeles Municipal Code). For the term covered by this Agreement, the Consultant shall maintain, or obtain as necessary, all such Certificates required under said ordinance and shall not allow any such Certificate to be revoked or suspended.

## GC-13    Indemnification Provisions

### General Indemnification

The Consultant undertakes and agrees to indemnify and hold harmless the City of Los Angeles, the Department of Water and Power, the Board of Water and Power Commissioners of the City of Los Angeles, and all of their officers and employees, and, at the option of LADWP, defend LADWP and any and all of its Board, officers, agents, representatives, employees, assigns and successors in interest from and against any and all suits and causes of action, claims, charges, damages, demands, judgments, civil fines and penalties, or losses of any kind or nature whatsoever, for death, bodily injury or personal injury to any person, including consultant's employees and agents, or damage or destruction to any property of either party hereto, or third persons in any manner caused by the acts, errors, or omissions incident to the performance of this contract on the part of the consultant, or the consultant's officers, agents, employees, or sub-consultants of any tier, except for the sole negligence or willful misconduct of LADWP, its Board, officers, agents, or employees.

### Intellectual Property Indemnity

Consultant will indemnify, defend at its expense and hold harmless LADWP against any loss, cost, expense, liability, and damages paid by LADWP as a result of any judgment or settlement as a consequence of any infringement claim, demand, proceeding, suit or action (hereinafter

Rev. 10/08/2015
Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Exhibit A – General Conditions

Page A5

"Action") against LADWP, its officers, directors, agents, employees, or affiliates for any infringement or violation, actual or alleged, direct or contributory, intentional or otherwise, of any intellectual property rights, including patents, copyrights, trade secrets, trademarks, service marks, and other proprietary information or rights (collectively "Intellectual Property Rights" hereinafter), (1) on or in any design, medium, matter, plant, article, process, method, application, equipment, device, instrumentation, software, hardware, or firmware used by the Consultant in the construction of the work under this Agreement; or (2) as a result of LADWP's actual or intended use under the specifications contained herein by LADWP of any product furnished by Consultant (hereinafter "Consultant Product"). Consultant Product herein includes, without limitation, any hardware, software, firmware, equipment, device, instrumentation, design, medium, matter, plant, article, process, method, and application. Consultant, however, shall have no liability to LADWP herein with respect to any claim of infringement which is based upon the combination or utilization of the Consultant Product with machines or devices not reasonably anticipated hereunder; or based upon a modification by LADWP of the Consultant Product furnished hereunder.

In Consultant's defense of LADWP, negotiation, compromise, and settlement of any such infringement action, LADWP shall retain discretion in and control of the litigation, negotiation, compromise, settlement, and appeals therefrom, as required by the City Charter, particularly Article II, Sections 271, 272 and 273 thereof.

In addition, if any part of the Consultant Product (a) becomes the subject of an action, (b) is adjudicated as infringing any Intellectual Property right, or (c) has its use enjoined or license terminated, Consultant shall, with LADWP's consent, do one of the following immediately at its expense: i) procure for LADWP the right to continue using said infringing part of the product; ii) replace the product with a functionally equivalent, non-infringing product; or iii) modify the product so it becomes non-infringing.

Exercise of any of the above-mentioned options shall not cause undue business interruption to LADWP or diminish the intended benefits and use of the Consultant Product by LADWP under the specifications herein. If Consultant proves, to LADWP's satisfaction, that none of the options (i), (ii), or (iii) are feasible, Consultant shall instead refund the full purchase price of the product.

Rights and remedies available to LADWP hereinabove shall survive the expiration or other termination of this Agreement. Further, the rights and remedies are cumulative of those provided for elsewhere in this Agreement and those allowed under the laws of the United States, the State of California, and the City of Los Angeles.

This Condition shall survive the expiration or other termination of this Agreement.

Rev. 10/08/2015
Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Exhibit A – General Conditions

Page A6

## GC-14    Child Support Policy

The Consultant and any Subconsultant(s) must fully comply with all applicable State and Federal employment reporting requirements for the Consultant's and any Subconsultant(s)' employees. The Consultant and any Subconsultant(s) must fully comply with all lawfully served Wage and Earnings Assignment Orders and Notices of Assignment in accordance with the California Family Code. The Consultant and any Subconsultant(s) must certify that the principal owner(s) thereof (any person who owns an interest of 10 percent or more) are in compliance with any Wage and Earnings Assignment Orders or Notices of Assignment applicable to them personally. The Consultant and any Subconsultant(s) must certify that such compliance will be maintained throughout the term of this Agreement.

Failure of the Consultant and/or any Subconsultant(s) to fully comply with all applicable reporting requirements or to implement lawfully served Wage and Earnings Assignments or Notices of Assignment or failure of the principal owner(s) to comply with any Wage and Earnings Assignments or Notices of Assignment applicable to them personally shall constitute a default under this Agreement. Failure of the Consultant and/or any Subconsultant(s) or principal owner(s) thereof to cure the default within ninety (90) calendar days of notice of such default by LADWP shall subject this Agreement to termination.

The Consultant will contractually require all Subconsultants performing services under this Agreement to comply with the provisions of this section.

## GC-15  Service Contract Worker Retention Ordinance and Living Wage Policy

Unless otherwise exempt in accordance with the provisions of this Ordinance, this contract is subject to the applicable provisions of the Living Wage Ordinance (LWO), Section 10.37 et seq. of the Los Angeles Administrative Code, as amended from time to time, and the Service Contractor Worker Retention Ordinance (SCWRO), Section 10.36 et seq., of the Los Angeles Administrative Code, as amended from time to time.

- A.    Consultant assures payment of a minimum initial wage rate to employees as defined in the LWO and as may be adjusted each July 1 and provision of benefits as defined in the LWO.

- B.    Consultant further pledges that it will comply with federal law proscribing retaliation for union organizing and will not retaliate for activities related to the LWO. Consultant shall require each of its Subcontractors within the meaning of the LWO to pledge to comply with the terms of federal law proscribing retaliation for union organizing. Consultant shall receive and retain on file the executed pledges from each such Subcontractor within ninety (90) days of the execution of the Subcontract. Consultant's evidence of executed pledges from each such Subcontractor shall fully discharge the obligation of the Consultant to

Rev. 10/08/2015
Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Exhibit A – General Conditions

comply with the provision in the LWO contained in Section 10.37.6(c) concerning compliance with such federal law.

C.      The Consultant, whether an employer, as defined in the LWO, or any other person employing individuals, shall not discharge, reduce in compensation, or otherwise discriminate against any employee for complaining to the City with regard to the employer's compliance or anticipated compliance with the LWO, for opposing any practice proscribed by the LWO, for participating in proceedings related to the LWO, for seeking to enforce his or her rights under the LWO by any lawful means, or otherwise asserting rights under the LWO. Consultant shall post the Notice of Prohibition Against Retaliation provided by the City.

D.      Any Subcontract entered into by the Consultant relating to this Agreement, to the extent allowed hereunder, shall be subject to the provisions of LWO and the SCWRO, and shall incorporate the LWO and SCWRO.

E.      Consultant shall comply with all rules, regulations and policies promulgated by the designated administrative agency, which may be amended from time to time.

Under the provisions of Section 10.36.3(c) and Section 10.37.5(c) of the Los Angeles Administrative Code, the City shall have the authority, under appropriate circumstances, to terminate this contract and otherwise pursue legal remedies that may be available if the City determines that the subject Consultant has violated provisions of the LWO and the SCWRO or both.

Where under the LWO Section 10.37.6(d), the designated administrative agency has determined (a) that the Consultant is in violation of the LWO in having failed to pay some or all of the living wage, and (b) that such violation has gone uncured, the awarding authority in such circumstances may impound monies otherwise due the Consultant in accordance with the following procedures. Impoundment shall mean that from monies due the Consultant the awarding authority may deduct the amount determined to be due and owing by the Consultant to its employees. Such monies shall be placed in the holding account referred to in LWO Section 10.37.6(d)(3) and disposed of under procedures there described through final and binding arbitration. Whether the Consultant is to continue work following an impoundment shall remain in the unfettered discretion of the awarding authority. The Consultant may not elect to discontinue work either because there has been an impoundment or because of the ultimate disposition of the impoundment by the arbitrator.

Rev. 10/08/2015
Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Exhibit A – General Conditions

**Earned Income Tax Credit**

This contract is subject to the provisions of Section 10.37.4 of the Los Angeles Administrative Code, requiring employers to inform employees making less than Twelve Dollars ($12.00) per hour of their possible right to the federal Earned Income Tax Credit (EITC). Employers must further make available to employees the forms required to secure advance EITC payments from employers.

**GC-16      Americans with Disabilities Act**

The Consultant hereby certifies that it will comply with the Americans with Disabilities Act 42, U.S.C. Section 12101 et seq., and its implementing regulations. The Consultant will provide reasonable accommodations to allow qualified individuals with disabilities to have access to and to participate in its programs, services and activities in accordance with the provisions of the Americans with Disabilities Act. The Consultant will not discriminate against persons with disabilities or against persons due to their relationship or association with a person with a disability. Any subcontract entered into by the Consultant, relating to this Agreement, to the extent allowed hereunder, shall be subject to the provisions of this paragraph.

**GC-17      Retention of Records, Audit, and Reports**

Consultant shall maintain, and shall cause Consultant's Subconsultants and suppliers as applicable to maintain all records pertaining to the management of this Agreement and, related subcontracts, and performance of services pursuant to this Agreement, in their original form, including but not limited to, reports, documents, deliverables, employee time sheets, accounting procedures and practices, records of financial transactions, and other evidence, regardless of form (e.g., machine readable media such as disk, tape, etc.) or type (e.g., databases, applications software, database management software, utilities, etc.), sufficient to properly reflect all costs claimed to have been incurred and services performed pursuant to this Agreement. If the Consultant, the Consultant's Subconsultants and/or suppliers are required to submit cost or pricing data in connection with this Agreement, the Consultant must maintain all records and documents necessary to permit adequate evaluation of the cost or pricing data submitted, along with the computations and projections used. All records shall be retained, and shall be subject to examination and audit by LADWP personnel or by LADWP's agents (herein after "Authorized Auditors"), for a period of not less than four (4) years following final payment made by LADWP hereunder or the expiration date of this Agreement, whichever is later. The Consultant shall make said records or to the extent accepted by the Authorized Auditors, photographs, micro-photographs, etc. or other authentic reproductions thereof, available to the Authorized Auditors at the Consultant's offices at all reasonable times and without charge. The Authorized Auditors will have the right to reproduce, photocopy, download, transcribe, and the like any such records. Any information provided by the Consultant on machine-readable

Rev. 10/08/2015
Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Exhibit A – General Conditions

Page A9

media shall be provided in a format accessible and readable by the Authorized Auditors. The Consultant shall not, however, be required to furnish the Authorized Auditors with commonly available software.

Consultant, and the Consultant's Subconsultants and suppliers, as applicable to the services provided under this Agreement, shall be subject at any time with fourteen (14) calendar days prior written notice to audits or examinations by Authorized Auditors, relating to all billings and to verify compliance with all Agreement requirements relative to practices, methods, procedures, performance, compensation, and documentation.

Examinations and audits will be performed using generally accepted auditing practices and principles and applicable City, State and Federal government audit standards. For Consultants that utilize or are subject to FAR, Part 30 and 31, et seq. accounting procedures, or a portion thereof, examinations and audits will utilize such information.

To the extent that the Authorized Auditor's examination or audit reveals inaccurate, incomplete or non-current records, or records are unavailable, the records shall be considered defective.

Consistent with standard auditing procedures, the Consultant will be provided fifteen (15) calendar days to review the Authorized Auditor's examination results or audit and respond to LADWP prior to the examination's or audit's finalization and public release. If the Authorized Auditor's examination or audit indicates the Consultant has been overpaid under a previous payment application, the identified overpayment amount shall be paid by the Consultant to LADWP within fifteen (15) calendar days of notice to the Consultant of the identified overpayment.

The Consultant shall contractually require all Subconsultants performing services under this Agreement to comply with the provisions of this section by inserting this provision GC-19 in each Subconsultant contract and by contractually requiring each Subconsultant to insert this provision GC-19 in any of its Subconsultant contracts related to services under this Agreement. In addition, Consultant and Subconsultants shall also include the following language in each Subconsultant contract:

> "LADWP is a third party beneficiary of the foregoing audit provision. The benefits of the audit provision shall inure solely for the benefit of LADWP. The designation of LADWP as a third party beneficiary of the audit provision shall not confer any rights or privileges on the Consultant, Subconsultant or any other person/entity."

If an examination or audit undertaken pursuant to the Retention of Records, Audit, and Reports provision of the General Conditions GC-20 for LADWP Professional Service Contracts reveals that LADWP overpayment to the Consultant is more than 5% of the billings reviewed, the Consultant shall pay all expenses and costs incurred by the Authorized Auditors arising out of or related to the examination or audit. Such examination or audit expenses and costs shall be paid

Rev. 10/08/2015
Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Exhibit A – General Conditions

Page A10

by the Consultant to LADWP within fifteen (15) calendar days of notice to the Consultant of the costs and expenses.

The provisions of this section shall survive expiration or termination of this Agreement.

## GC-18    LADWP's Recycling Policy

The Consultant shall submit all written documents on paper with a minimum of thirty (30) percent post-consumer recycled content. Existing company/corporate letterhead/stationery that accompanies these documents is exempt from this requirement. Documents of two or more pages in length shall be duplex-copied (double-sided pages). Neon or fluorescent paper shall not be used in any written documents submitted to LADWP.

## GC-19    Taxpayer Identification Number (TIN)

The Consultant represents that it has obtained and presently has a Tax Identification Number (TIN). For the term covered by this Agreement, the Consultant shall maintain, or obtain as necessary, a TIN. No payment will be made under this Agreement without a valid TIN number.

## GC-20    Beneficiaries

This Agreement is intended only for the benefit of the Parties hereto and does not, nor shall be interpreted, to create any rights in any nonsignatory to this Agreement.

## GC-21    Consultant's Successors and Assigns

All indemnifications and warranties provided by the Consultant pursuant to this Agreement will be assumed by and binding upon the Consultant's successors and assigns. The provisions of this paragraph shall survive expiration or termination of this Agreement.

## GC-22    Attorney's Fees and Costs

Both Parties hereto agree that in any action to enforce the terms of this Agreement, each Party shall be responsible for its own attorneys' fees and costs. The provisions of this paragraph shall survive expiration or termination of this Agreement.

## GC-23    Equal Benefits Ordinance

Unless otherwise exempted in accordance with the provisions of this Ordinance, this Contract is subject to the applicable provisions of the Equal Benefits Ordinance (EBO) Section 10.8.2.1 of the Los Angeles Administrative Code, as amended from time to time.

Rev. 10/08/2015
Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Exhibit A – General Conditions

Page A11

A.  During the performance of the Contract, the Contractor certifies and represents that the Contractor will comply with the EBO. The Contractor agrees to post the following statement in conspicuous places at its place of business available to employees and applicants for employment:

> "During the performance of a Contract with the City of Los Angeles, the CONTRACTOR will provide equal benefits to employees with spouses and its employees with domestic partners. Additional information about the City of Los Angeles' Equal Benefits Ordinance may be obtained from the Department of Public Works, Bureau of Contract Administration, Office of Contract Compliance at (213) 847-1922."

B.  The failure of the Contractor to comply with the EBO may be deemed to be a material breach of the Contract by the Awarding Authority.

C.  If the Contractor fails to comply with the EBO, the Awarding Authority may cancel, terminate or suspend the Contract, in whole or in part and all monies due or to become due under the Contract may be retained by the City. The City may also pursue any and all other remedies at law or in equity for any breach.

D.  Failure to comply with the EBO may be used as evidence against the Contractor in actions taken pursuant to the provisions of Los Angeles Administrative Code Section 10.40 et seq., Contractor Responsibility Ordinance.

E.  If the Bureau of Contract Administration determines that a Contractor has set up or used its Contracting entity for the purpose of evading the intent of the EBO, the Awarding Authority may terminate the Contract on behalf of the City. Violation of this provision may be used as evidence against the Contractor in actions taken pursuant to the provisions of Los Angeles Administrative Code Section 10.40 et seq., Contractor Responsibility Ordinance.

## GC-24    Contractor Responsibility Program

Unless otherwise exempt in accordance with the provisions of the Ordinance, this Contract is subject to the provisions of the Contractor Responsibility Ordinance, Section 10.40 et seq., of the Los Angeles Administrative Code, which requires Contractor to update its responses to the responsibility questionnaire within thirty calendar days after any change to the responses previously provided if such change would affect Contractor's fitness and ability to continue performing the contract. In accordance with the provisions of this Ordinance, by signing this Contract, Contractor pledges, under penalty of perjury, to comply with all applicable federal, state and local laws in the performance of this contract, including but not limited to, laws

Rev. 10/08/2015
Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Exhibit A – General Conditions

Page A12

regarding health and safety, labor and employment, wages and hours, and licensing laws which affect employees.

The Contractor further agrees to:

A. Notify the awarding authority within thirty calendar days after receiving notification that any government agency has initiated an investigation which may result in a finding that the Contractor is not in compliance with all applicable federal, state and local laws in performance of this contract;

B. Notify the awarding authority within thirty calendar days of all findings by a government agency or court of competent jurisdiction that the Contractor has violated the provisions of Section 10.40.3(a) of the Ordinance;

C. Ensure that its subcontractor(s), as defined in the Ordinance, submit a Pledge of Compliance to awarding authorities; and

D. Ensure that its subcontractor(s), as defined in the Ordinance, comply with the requirements of the Pledge of Compliance and the requirement to notify Awarding Authorities within thirty calendar days after any government agency or court of competent jurisdiction has initiated an investigation or has found that the subcontractor has violated Section 10.40.3(a) of the Ordinance in performance of the subcontract.

### GC-25    Bidder Campaign Contribution and Fundraising Restrictions

In accordance with the City of Los Angeles Charter Section 470(c)(12) and related ordinances, bidders may not make campaign contributions to and or engage in fundraising for certain elected City officials or candidates for elected City office from the time they submit a bid to LADWP until either the contract is awarded or, for successful bidders, 12 months after the contract is executed. The bidder's principals and subcontractors performing $100,000 or more in work on the contract, as well as the principals of those subcontractors, are also subject to the same limitations on campaign contributions and fundraising.

The Consultant shall comply with the City Ethics Commission's "CEC Form 55" (3 pages) affidavit. The affidavit requires bidders to identify their principals, their subcontractors performing $100,000 or more in work on the contract, and the principals of those subcontractors. Consultants shall also notify their principals and subcontractors in writing of the restrictions and include the notice in contracts with subcontractors. Consultants who fail to comply with City law may be subject to penalties, termination of contract, and debarment. Additional information regarding these restrictions and requirements may be obtained from the City Ethics Commission at (213) 978-1960 or ethics.lacity.org.

Rev. 10/08/2015
Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Exhibit A – General Conditions

Page A13

## GC-26    Municipal Lobbying Ordinance

The City of Los Angeles Municipal Code Section 48.01 et seq. requires certain individuals and entities to register with the City Ethics Commission and requires public disclosure of certain lobbying activities, including money received and spent. Therefore all bidders for all construction contracts, public leases, or licenses of any value and duration and bidders for goods or service contracts with a value of more than $25,000 and a term of at least 3 months, shall comply with the City Ethics Commission's "CEC Form 50" (1 page) affidavit. A copy of the City of Los Angeles Municipal Lobbying Ordinance is available for download on the City Ethics Commission's website at http://ethics.lacity.org/PDF/laws/law_mlo.pdf. Additional information regarding the Municipal Lobbying Ordinance may be obtained from the City Ethics Commission at (213) 978-1960 or ethics.lacity.org.

## GC-27    Iran Contracting Act of 2010

In accordance with California Public Contract Code Sections 2200-2208, all Consultants entering into, or renewing contracts with LADWP for goods and services estimated at one million dollars ($1,000,000) or more shall complete, sign, and submit the "Iran Contracting Act of 2010 Compliance Affidavit."

## GC-29    Contractor Performance Evaluation

LADWP will evaluate and record the Contractor's overall performance to determine whether the Contractor is fulfilling its obligations on the current contract and to assess the Contractor's suitability to perform work for LADWP in the future. Contractors are required to meet critical contract provisions including, but not limited to, timely shipment and delivery of goods, completeness of delivered goods, quality of delivered goods, accuracy of billing, and conformance to the terms and conditions of the contract. If such conditions are breached, consistent with the terms of the contract, the Director of Supply Chain Services may terminate the contract for poor performance and may also debar the Contractor from doing business with LADWP for a period up to five years.

## GC-30    Errors and Omissions

Notwithstanding any other provisions of this Agreement, approval by LADWP of any task or deliverable, or any requested design changes by LADWP, or any part thereof, shall not relieve the Consultant of the responsibility to meet all of the requirements as set forth in this Agreement. The Consultant shall have no claim for additional costs due to correction of its errors or omissions in said previously approved deliverables or any other action that may be necessary to comply with this Agreement, including all Exhibits.

Rev. 10/08/2015
Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Exhibit A – General Conditions

Page A14

Case 2:20-bk-00724-PS Doc 44-11 Filed 04/01/22 Entered 04/01/22 10:51:19 Desc
Exhibit Exhibit Page Part of 6 Page 45 of 55

### GC-31    Safety

The Consultant shall arrange facility visits with LADWP who shall advise the Consultant of appropriate safety and security rules. The Consultant shall adhere to the restrictions and instructions of LADWP personnel when visiting any facility.

The Consultant shall do everything reasonable to protect the life, safety, and health of persons at the construction site. The Consultant shall furnish and use safety devices and safeguards and shall adopt and use practices, means, methods, operations, and processes which are reasonably adequate to render safe and healthful employment. The Consultant shall be responsible for ensuring that each of the Consultant's Subconsultants meets the standards of this General Condition.

### GC-32    Non-Interference

The Consultant's performance of the work under this Agreement shall not interfere unnecessarily with the operation of LADWP or any other City department.

**END OF GENERAL CONDITIONS**

Rev. 10/08/2015
Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Exhibit A – General Conditions

Page A15

**EXHIBIT B**
Special Provisions

# EXHIBIT B
## Special Provisions

### TABLE OF CONTENTS

SP-1    Warranty and Responsibility of Consultant
SP-2    Conflicts of Interest
SP-3    Confidentiality

Rev.09/11/2015
Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Exhibit B –Special Provisions

Page B2

# EXHIBIT B
## Special Provisions

### SP-1    Warranty and Responsibility of Consultant

Consultant warrants that the work performed hereunder shall be completed in a manner consistent with professional standards practiced among those firms within the Consultants profession, doing the same or similar work under the same or similar circumstances.

### SP-2    Conflicts of Interest

Consultant will not accept any employment during the term of the Agreement from any other party if such employment is, could represent, or could lead to a conflict of interest between LADWP, Consultant, or the other party.

Any subcontract entered into pursuant to the terms of this Agreement shall be subject to, and shall incorporate, the provisions of this Article.

### SP-3    Confidentiality

All documents, records, and information provided by LADWP to the Consultant, or accessed or reviewed by the Consultant, during performance of this Agreement shall remain the property of LADWP. All documents, records and information provided by LADWP to the Consultant, or accessed or reviewed by the Consultant during performance of this Agreement, are deemed confidential. The Consultant agrees not to provide these documents and records, nor disclose their content or any information contained in them, either orally or in writing, to any other person or entity other than as required in order to fulfill any legal requirements or Court Orders. In addition, nothing herein shall operate to prevent Consultant from fulfilling its contractual duties under any other contract with the City of Los Angeles. The Consultant agrees that all documents, records, or other information used or reviewed in connection with the Consultant's work for LADWP shall be used only for the purpose of carrying out LADWP business and cannot be used for any other purpose. The Consultant shall be responsible for protecting the confidentiality and maintaining the security of LADWP documents, records, and information in its possession.

#### Document Access/Control

A.    The Consultant shall make the confidential information provided by LADWP to the Consultant, or accessed or reviewed by the Consultant during performance of this Agreement, available to its employees, agents and /or Subconsultants, only on a
need-to-know basis. Further, the Consultant shall provide written instructions to all of its employees, agents and Subconsultants with access to the confidential information about the penalties for its unauthorized use or disclosure.

Rev.09/11/2015
Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Exhibit B –Special Provisions

Page B3

# EXHIBIT B
## Special Provisions

B.  The Consultant shall store and process confidential information in an electronic format in such a way that unauthorized persons cannot retrieve the information by computer, remote terminal or other means.

C.  The Consultant shall not remove documents, records, or information used or reviewed in connection with the Consultant's work for LADWP from LADWP facilities without prior approval from LADWP. The Consultant shall not use, other than in direct performance of work required pursuant to the Agreement, or make notes of any home address or home telephone numbers contained in personnel or customer files, confidential information, documents, or records provided by LADWP that are reviewed during work on this Agreement.

D.  With prior written approval from LADWP, the Consultant may make copies of such documents, written materials, notes, documents, confidential information, or other information, as necessary to perform its duties under this Agreement.

E.  The Consultant shall document and immediately report to LADWP any unauthorized use or disclosure of confidential information as defined in Article 8.1.

F.  The Consultant shall require that all its employees, agents, and subconsultants who shall, or may, review, be provided, or have access to LADWP data, information, personnel or customer files, confidential information, documents, or records during the performance of this Agreement, execute a confidentiality agreement that incorporates the provisions of this Article VII, Confidentiality and Restrictions on Disclosure prior to performing work under this Agreement.

G.  The provisions of this Article VIII, Confidentiality and Restrictions on Disclosure shall survive termination and expiration of this Agreement.

Rev.09/11/2015
Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Exhibit B –Special Provisions

Page B4

Case 2:20-bk-00724-PS Doc 44811 Filed 04/01/22/2/20 Entered 04/01/22a10r61t19PaDesc
Exhibit Exhibit age P46 t of 60Page 50 of 55

# EXHIBIT C
## Fee Schedule

### FEE SCHEDULE

| | |
|---|---|
| CONTRACT NO: | 47361-6 |
| TITLE OF PROPOSAL: | Project Management Services |
| FIRM NAME: | Paradis Law Group, PLLC |
| FIRM ADDRESS: | 570 Seventh Avenue, 20th Floor, New York, NY 10018 |

#### DETAILED DESCRIPTON OF COST ELEMENTS

**DIRECT LABOR**

| Job Title | Hourly Rate | Estimated Hours (8 months) | Estimated Cost (8 months) | | Estimated Hours (4 month option) | Estimated Cost (4 month option) | | Total Cost (12 months) |
|---|---|---|---|---|---|---|---|---|
| 1. Project Manager | $ 450.00 | 960 | $ 432,000.00 | | 480 | $216,000.00 | | $ 648,000.00 |
| 2. Deputy Project Manager | $ 425.00 | 487 | $ 206,975.00 | | 243 | $103,275.00 | | $ 310,250.00 |
| 3. Project Associate | $ 375.00 | 93 | $ 34,875.00 | | 47 | $ 17,625.00 | | $ 52,500.00 |
| 4. Porject Support Staff | $ 175.00 | 720 | $ 126,000.00 | | 360 | $ 63,000.00 | | $ 189,000.00 |
| SUBTOTAL LABOR | | 2260 | $ 799,850.00 | | 1130 | $399,900.00 | | $ 1,199,750.00 |

**OTHER DIRECT COSTS**

| Description | Maximum Per Trip | 2 Trips per Month Maximum for Project Manager (8 months) | 3 Trips per Month Maximum for Deputy Project Manager (8 months) | Sub Total Other Direct Costs (8 months) | 2 Trips per Month Maximum for Project Mgr (4 months) | 3 Trips per Month Maximum for Deputy Project Manager (4 months) | Sub Total Other Direct Costs (12 months) | Total Other Direct Costs (12 months) | |
|---|---|---|---|---|---|---|---|---|---|
| Round trip Coach Airfare between New York and Los Angeles | $1,739.00 | $ 27,824.00 | $ 41,736.00 | $ 69,560.00 | $13,912.00 | $ 20,868.00 | $34,780.00 | $ 104,340.00 | |

| | |
|---|---|
| SUB TOTAL 8 MONTHS INITIAL AGREEMENT | $ 869,410.00 |
| SUB TOTAL 4 MONTHS OPTION | $ 434,680.00 |
| TOTAL AMOUNT OF PROPOSAL, 12 MONTHS | $ 1,304,090.00 |

The Department will reimburse reasonable and necessary consultant costs at the actual amount paid by the Consultant to the established in this Exhibit. The Department will not pay mark-up on services, costs, or expenses.

Travel expenses will be reimbursed in accordance with Exhibit D - Allowable Travel Expenses of the Agreement.

Instructions to proposers: Use this format when formulating proposal, additional pages may be added if necessary.

# EXHIBIT D
## Allowable Travel Expenses

*[NOTE: These rates are as of January 1, 2015]*

Expenses for transportation, lodging, subsistence and related items incurred by consultants employed by the Los Angeles Department of Water and Power will be subject to the "50-mile" rule. Under this rule, travel reimbursements will be made only if the destination is farther than 50 miles from the Consultant personnel's field or office location to the LADWP work site. Any such travel shall be pre-approved by LADWP and shall be in accordance with the guidelines of this Exhibit E.

All expenditures over $25 require documentation in the form of an original detailed receipt with the exception of per diem meals. However, receipts for expenditures under $25 may be requested by the City Controller. No additional mark-up on contractor or subcontractor expenses will be allowed.

LADWP will reimburse the Consultant for expenses that include, but not limited to:

**1.0  Airfare:**

> Airfare is limited to coach class only. An itinerary is not acceptable in and of itself. Original receipts for airfare must be submitted. Purchase of a refundable ticket, which is usually more expensive than a non-refundable ticket, must be approved by the LADWP Contract Administrator identified in the Agreement.

Los Angeles Department of Water and Power – Paradis Law Group, PLLC.
Agreement No. 47361-6
Exhibit D – Allowable Travel Expenses

Page D1

# EXHIBIT E
# RESERVED

Los Angeles Department of Water and Power – [*Consultant Name*]
Agreement No. [Agreement No.]
Exhibit E – List of Subconsultants

Case 2:20-bk-00724-PS  Doc 44811 Filed 04/01/22/22 Entered 04/01/22 10:51:19 Desc
Exhibit Exhibit Page 40 of 66 Page 53 of 55

# EXHIBIT F
## List of Key Consultant Personnel

The following people are designated as Consultant's Key Personnel:

| Name | Project Position | Labor Category | Location | Special Expertise | No. of Years Employed by Consultant/ Experience |
|---|---|---|---|---|---|
| Paul O. Paradis | Project Manager | $450.00 per hour | On site at LADWP | Knowledge and expertise in development and implementation of court administered settlements in regulated industries such as a utility company. | 25 years of experience / 8 years with Consultant |
| Gina M. Tufaro | Deputy Project Manager | $425.00 per hour | On site at LADWP or in New York City | | 13 years of experience / 8 years with Consultant |
| Stacey J. Dana | Project Associate | $375.00 per hour | On site at LADWP or in New York City | | 1 year with Consultant |
| Melanie Jacobs | Project Support Staff | $175.00 per hour | On site at LADWP or in New York City | | 1 year with Consultant |

Los Angeles Department of Water and Power – Paradis Law Group, PLLC
Agreement No. 47361-6
Exhibit F – List of Key Consultant Personnel

Page F1

Case 2:20-bk-06724-PS Doc 44811 Filed 04/01/22/22 Entered 04/01/22 10:51:19 Desc
Exhibit Exhibit Page 50 of 60 Page 54 of 55

# EXHIBIT F
## List of Key Consultant Personnel

*[Note: all Labor categories listed should also appear on Exhibit C Fee Schedule. Any Subconsultant personnel who are key to the Project should also be included in this Exhibit]*