Alan A. Meda (#009213)
**BURCH & CRACCHIOLO, P.A.**
1850 N. Central Ave., Suite 1700
Phoenix, AZ 85004
Tel: 602.274.7611
ameda@bcattorneys.com

*Attorneys for Debtor/Defendant*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>PAUL OLIVA PARADIS,<br><br>Debtor. | Chapter 7<br><br>Case No.: 2:20-bk-06724-PS |
| CITY OF LOS ANGELES,<br><br>Plaintiff,<br><br>v.<br><br>PAUL OLIVA PARADIS,<br><br>Defendant. | **Adv. No.: 2:21-ap-00171-PS**<br><br>**STIPULATED MOTION TO SET DEADLINE TO FILE ANSWER TO AMENDED COMPLAINT** |

Defendant Paul Oliva Paradis ("**Defendant**") requests the Court enter an order setting Defendant's deadline for filing his answer (together with any claims, if any, permitted by Rules 13 and 14, Fed.R.Civ.P.) to the Amended Complaint filed by Plaintiff City of Los Angeles ("**Plaintiff**"). Plaintiff contests that Defendant holds any claims under Rules 13 and 14, Fed.R.Civ.P., and asserts that any such claims would not be permitted in this non-discharge litigation. The Court has entered orders dismissing the Amended Complaint in part at DE 093 and 094 dismissing the Second Claim for Relief (11 U.S.C. § 523(a)(4)) and the Third Claim for Relief (11 U.S.C. § 523(a)(6)) but determining that the First Claim for Relief (11 U.S.C. § 523(a)(2)) would proceed. As such, the parties agree as indicated by the signature of counsel below, that Defendant's answer deadline shall be September 12, 2022.

WHEREFORE, Defendant respectfully requests, and Plaintiff has agreed, that the Court enter an order setting the deadline for Defendant to file an answer (together with any claims, if any, permitted by Rules 13 and 14, Fed.R.Civ.P) to Plaintiff's Amended Complaint to September 12, 2022, with Plaintiff reserving its right to contest whether Defendant holds any claims under Rules 13 and 14, Fed.R.Civ.P. and whether any such claims are permitted in this case.

DATED this 29th day of August 2022.

| ALLEN BARNES & JONES, PLC | BURCH & CRACCHIOLO, P.A. |
|---|---|
| By /s. Michael A. Jones (w/ permission)<br>Michael A. Jones<br>*Attorneys for Plaintiff* | By /s/ Alan A. Meda (#009213)<br>Alan A. Meda<br>*Attorney for Debtor/Defendant* |

Served via ECF on CM/ECF users this 29th day of August 2022, which constitutes service pursuant to L.R. Bankr. P. 9076-1:

/s/ Tracy Dunham
Tracy Dunham