UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br>PAUL OLIVA PARADIS,<br>Debtor. | Chapter 7<br><br>Case No.: 2:20-bk-06724-PS |
| CITY OF LOS ANGELES,<br>Plaintiff,<br>v.<br>PAUL OLIVA PARADIS,<br>Defendant. | **Adv. No.: 2:21-ap-00171-PS**<br><br>**ORDER GRANTING STIPULATED MOTION TO SET DEADLINE TO FILE ANSWER TO AMENDED COMPLAINT** |

The Court, having reviewed and considered the *Stipulated Motion to Set Deadline to File Pleading Responsive to Amended Complaint* ("Stipulated Motion") [DE 453] filed by Defendant Paul Oliva Paradis ("Defendant") and approved by Plaintiff City of Los Angeles ("Plaintiff"), and good cause appearing,

IT IS HEREBY ORDERED granting the Stipulated Motion.

IT IS HEREBY FURTHER ORDERED setting the deadline for Defendant to file an answer (together with any claims permitted by Rules 13 and 14, Fed,R.Civ.P. to the Amended Complaint to September 12, 2022 with Plaintiff reserving its right to contest whether Defendant holds any claims under Rules 13 and 14, Fed.R.Civ.P. and whether any such claims are permitted in this case.

DATED AND SIGNED ABOVE.