James E. Cross, Bar No. 009063
**CROSS LAW FIRM, P.L.C.**
7301 N. 16th St., Ste. 102
Phoenix, AZ 85020
PO Box 45469
Phoenix, AZ 85064
Telephone: (602) 412-4422
E-mail: jcross@crosslawaz.com
*Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| PAUL OLIVA PARADIS, | Case No. 2:20-bk-06724-PS |
| Debtor. | **TRUSTEE'S REPORT OF SALE** |

Pursuant to Local Rule 6004-1(d), James E. Cross, Chapter 7 Trustee herein, hereby submits his report of sale regarding the Trustee's sale of the Estate's Interest in claims against third parties, more specifically described as:

> The Estate's 100% interest in any and all claims (as defined under 11 U.S.C. § 101(5)) against the City of Los Angeles, all of its departments, and all of its officials or employees. The claims sold do not include any of the bankruptcy estate's claims held under 11 U.S.C. §§ 547, 548, 549, or 550 (the "Property").

The Property was sold to the City of Los Angeles for the sale price of $20,000.00 ("Sale Proceeds"). The sale closed on August 3, 2021, and a copy of the Bill of Sale is attached hereto as Exhibit A. The Sale Proceeds are being held in the Estate checking account held with Axos Bank by the Trustee.

DATED this 30th day of November, 2022.

**CROSS LAW FIRM, P.L.C.**

/s/ *James Cross (#9063)*
James E. Cross
Chapter 7 Trustee

Case 2:20-bk-06724-PS    Doc 458    Filed 11/30/22    Entered 11/30/22 10:29:50    Desc
Main Document    Page 1 of 2

1  Original filed and Copies of the foregoing served electronically via the Court's
2  CM/ECF Notification System this 30th day of November, 2022, on all parties that have
3  appeared in the case.

4  /s/ Kara L. Stewart