# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| PAUL OLIVA PARADIS, | Case No. 2:20-bk-06724-PS |
| Debtor. | **ORDER GRANTING CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIM NO. 1 (AS AMENDED) OF THE INTERNAL REVENUE** |

This matter came before the Court pursuant the *Chapter 7 Trustee's Objection to Claim No. 1 (As Amended) of the Internal Revenue Service and Notice of Response Deadline* (the "Objection & Notice") [Dkt. 465], requesting an order directing that the Internal Revenue Service ("IRS") Claim no. 1 be immediately amended to state its final claim for the Debtor's 2018 tax liability, and remove the estimated amounts stated in the IRS Claim by no later than July 31, 2023. The Objection & Notice further requested that if the IRS Claim is not further amended by such date, an Order be entered approving the IRS Claim in the priority amount of $1,196,558, with a general unsecured claim for interest in the amount of $71,353.57, for a total claim of $1,267,911.57. The Objection & Notice having been duly noticed, there being no responses to the Objection & Notice appearing on the docket or having been received by the Trustee, and the IRS having not further amended their Claim no. 1 as reflected on the Claims Register in this case, and good cause appearing,

**IT IS HEREBY ORDERED:**

1.     The Objection & Notice is approved; and

2. Claim no. 1 for Internal Revenue Service is allowed in the priority amount of $1,196,558, with a general unsecured claim for interest in the amount of $71,353.57, for a total claim of $1,267,911.57.

**ORDERED, DATED, AND SIGNED ABOVE.**