James E. Cross, Bar No. 009063
**CROSS LAW FIRM, P.L.C.**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 412-4422
Fax: (602) 252-4712
Email: jcross@crosslawaz.com
*Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: <br><br> PAUL OLIVA PARADIS, <br><br> Debtor. | Chapter 11 <br> Subchapter V Small Business <br><br> Case No. 2:20-bk-06724-PS <br><br> **NOTICE OF FILING AND BAR DATE FOR OBJECTIONS TO: STIPULATION FOR WITHDRAWAL OF CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIM NO. 1 (AS AMENDED) OF THE INTERNAL REVENUE SERVICE AND ALLOWANCE OF CLAIM AS AMENDED** |

PLEASE TAKE NOTICE that James E. Cross, the Chapter 7 Trustee herein, (the "Trustee"), together with the United States of America, by and through its undersigned counsel, filed a *Stipulation for Withdrawal of Chapter 7 Trustee's Objection to Claim No. 1 (As Amended) of the Internal Revenue Service and Allowance of Claim as Amended* on March 6, 2024, at docket. No. 472 (the "Stipulation"). Pursuant to the Stipulation, the Trustee is withdrawing the *Chapter 7 Trustee's Objection to Claim No. 1 (As Amended) of the Internal Revenue Service and Notice of Response Deadline* (Dkt. 465), and the parties are seeking to 1) set aside the *Order Granting Chapter 7 Trustee's Objection to Claim No. 1 (as Amended) of the Internal Revenue Service*, entered on August 10, 2023, at docket no. 470, and 2) allow the IRS Claim No. 1, as amended on April 27, 2023, in the total amount of $3,677,079.19, with the amount of $3,204,259.57 as a priority claim under 11 U.S.C. §507(a), and the remaining amount of $472,819.62 as a general unsecured claim which is subordinated to all other unsecured claims.

A copy of the Stipulation may be obtained from the Clerk of the U.S. Bankruptcy Court, 230 N. First Avenue, Suite 101, Phoenix, Arizona, or upon request of counsel undersigned.

PLEASE TAKE FURTHER NOTICE that pursuant to L.R.Bankr.P. 9013-1(k), any objection to the Stipulation must be in writing, filed with the Court, and served on counsel for the Trustee at the above-referenced address within **21 days** of the date of this Notice. If no objections are timely filed and served as provided above, the Court may grant the Stipulation without further notice or hearing. If a timely objection is filed, a hearing will be requested regarding the Stipulation.

DATED this 8th day of March, 2024.

**CROSS LAW FIRM, P.L.C.**

/s/ *James Cross (#9063)*
James E. Cross
Chapter 7 Trustee

Original filed and Copies of the foregoing
served electronically via the Court's
CM/ECF Notification System this 8th day of
March, 2024, on all parties that have
appeared in the case.

-2-